AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** MASSACHUSETTS

UNITED STATES OF AMERICA

V.

AMARO MILLAN
ORLANDO ALICEA

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1620-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _diverse dates - 3/04 to 1/05_ in _Plymouth_ county, in the _____ District of _Massachusetts_ defendant(s) did, (Track Statutory Language of Offense) knowingly and intentionally combine, conspire, confederate, and agree with each other to possess cocaine, a Schedule II controlled substance, with intent to distribute in violation of Title 21 United States Code Section 846;

and further, defendant Amaro Millan did knowingly and intentionally conduct and attempt to conduct financial transactions, to wit: wire transfers, involving cash represented to be the proceeds of specified unlawful activity, to wit: drug trafficking, with the intent to promote the carrying on of the specified unlawful activity and with the intent to conceal and disguise the nature, location, source, ownership, and control of the cash believed to be the proceeds of the specified unlawful activity

in violation of Title _18_ United States Code, Section(s) _1956(a)(3)_ .

I further state that I am a(n) _Special Agent with ICE_ and that this complaint is based on the following
Official Title
facts:

See Affidavit of ICE Special Agent Derek M. Dunn attached hereto and incorporated by reference herein

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

01-14-2005                                      at   Boston, Massachusetts
Date                                                 City and State

Charles B. Swartwood, III
Chief United States Magistrate Judge            _____
Name & Title of Judicial Officer                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.