## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>1.   **AMARO MILLAN,**<br>2.   **ORLANDO ALICEA,**<br><br>**Defendants.** | ) **05** CR **10040 DPW**<br>) Criminal No. 05-CR-_____<br>)<br>) VIOLATIONS:<br>)<br>) 21 U.S.C. § 846 –<br>) Conspiracy to Distribute Cocaine<br>)<br>) 21 U.S.C. § 841(a)(1) –<br>) Possession with Intent to Distribute<br>) Cocaine<br>)<br>) 18 U.S.C. § 1956(a)(3) – Money<br>) Laundering<br>)<br>) 18 U.S.C. § 1546(a) – Acquiring<br>) False Visas<br>)<br>) 18 U.S.C. § 2 –<br>) Aiding and Abetting<br>)<br>) 21 U.S.C. § 853 –<br>) Criminal Forfeiture Allegation |

## INDICTMENT

**COUNT ONE:**      (21 U.S.C. § 846 -- Conspiracy to Distribute Cocaine)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about November 2004 and continuing to on or about January 14, 2005, at Brockton and elsewhere in the District of Massachusetts,

        1.     **AMARO MILLAN,**
        2.     **ORLANDO ALICEA,**

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons, unknown to the Grand Jury, to possess with intent to distribute and to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy described herein involved at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(ii) applies to this Count.

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO:</u>     (21 U.S.C. § 841(a)(1) – Possession of Cocaine With Intent to Distribute; 18 U.S.C. § 2 – Aiding and Abetting)

The Grand Jury further charges that:

On or about January 14, 2005, at Brockton, in the District of Massachusetts,

1.   **AMARO MILLAN,**
2.   **ORLANDO ALICEA,**

defendants herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

It is further alleged that this offense involved at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(ii) applies to this Count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 United States Code, Section 2.

**COUNT THREE:**    (18 U.S.C. § 1956(a)(3) – Money Laundering)

The Grand Jury further charges that:

On or about the dates set forth below, in Brockton, in the District of Massachusetts,

**1.    AMARO MILLAN,**

defendant herein, did knowingly and intentionally conduct and attempt to conduct financial

transactions, to wit: wire transfers, in the amounts set forth below,

| | | | | | |
|---|---|---|---|---|---|
| 3/3/04 | $1,000 | 9/13/04 | $ 1,000 | 10/15/04 | $1,000 |
| 3/3/04 | $1,000 | 9/14/04 | $ 1,000 | 10/16/04 | $ 800 |
| 7/13/04 | $1,000 | 9/15/04 | $ 1,000 | 10/16/04 | $ 900 |
| 7/13/04 | $1,000 | 9/17/04 | $ 1,200 | 10/19/04 | $ 800 |
| 7/14/04 | $1,400 | 9/18/04 | $ 800 | 10/19/04 | $ 700 |
| 7/15/04 | $1,000 | 9/17/04 | $ 1,200 | 10/21/04 | $ 800 |
| 7/17/04 | $1,400 | 9/18/04 | $ 1,000 | 10/23/04 | $ 900 |
| 7/19/04 | $1,000 | 9/20/04 | $ 1,400 | 10/25/04 | $ 600 |
| 7/20/04 | $1,400 | 9/21/04 | $ 700 | 10/25/04 | $ 600 |
| 7/22/04 | $1,000 | 9/22/04 | $ 700 | 10/28/04 | $ 600 |
| 7/23/04 | $1,200 | 9/23/04 | $ 800 | 10/28/04 | $ 600 |
| 7/26/04 | $1,000 | 9/23/04 | $ 1,000 | 10/29/04 | $ 900 |
| 7/27/04 | $1,000 | 9/24/04 | $ 900 | 10/30/04 | $ 800 |
| 7/28/04 | $1,000 | 9/25/04 | $ 1,200 | 11/1/04 | $ 800 |
| 8/6/04 | $1,000 | 9/27/04 | $ 1,100 | 11/1/04 | $ 800 |
| 8/9/04 | $1,150 | 9/30/04 | $ 800 | 11/2/04 | $1,200 |
| 8/11/04 | $2,850 | 10/1/04 | $ 900 | 11/4/04 | $ 700 |
| 8/17/04 | $1,200 | 10/1/04 | $ 900 | 11/6/04 | $ 800 |
| 8/19/04 | $1,000 | 10/4/04 | $ 800 | 11/6/04 | $ 600 |
| 8/20/04 | $ 900 | 10/4/04 | $ 600 | 11/6/04 | $ 700 |
| 8/20/04 | $1,000 | 10/6/04 | $ 1,200 | 11/8/04 | $ 700 |
| 8/23/04 | $ 900 | 10/8/04 | $ 1,000 | 11/9/04 | $ 500 |
| 9/2/04 | $1,200 | 10/9/04 | $ 900 | 11/10/04 | $ 900 |
| 9/4/04 | $1,000 | 10/9/04 | $ 800 | 11/11/04 | $ 600 |
| 9/7/04 | $1,000 | 10/9/04 | $ 700 | 11/12/04 | $ 900 |
| 9/8/04 | $1,000 | 10/11/04 | $ 700 | 11/16/04 | $ 800 |
| 9/10/04 | $ 800 | 10/12/04 | $ 700 | | |

involving cash represented to be the proceeds of specified unlawful activity, to wit: drug

trafficking, with the intent to promote the carrying on of the specified unlawful activity and with

the intent to conceal and disguise the nature, location, source, ownership, and control of the cash

believed to be the proceeds of the specified unlawful activity.

All in violation of Title 18, United States Code, Section 1956(a)(3).

**COUNT FOUR:**          **(18 U.S.C. § 1956(a)(3) – Money Laundering; 18 U.S.C. § 2 – Aiding and Abetting)**

The Grand Jury further charges that:

On or about the dates set forth below, in East Boston, in the District of Massachusetts,

1.        **AMARO MILLAN,**

defendant herein, did knowingly and intentionally conduct and attempt to conduct financial transactions, to wit: wire transfers, in the amounts set forth below,

| 08/09/04 | $961.54 | 08/25/04 | $800.00 | 09/09/04 | $1,200.00 |
|---|---|---|---|---|---|
| 08/09/04 | $1,000.00 | 08/25/04 | $1,442.31 | 09/09/04 | $900.00 |
| 08/13/04 | $1,000.00 | 08/26/04 | $1,200.00 | 09/21/04 | $644.23 |
| 08/14/04 | $800.00 | 08/27/04 | $1,000.00 | 09/21/04 | $1,000.00 |
| 08/14/04 | $1,200.00 | 08/27/04 | $1,200.00 | 09/23/04 | $1,000.00 |
| 08/17/04 | $700.00 | 08/28/04 | $1,499.00 | 09/23/04 | $1,442.31 |
| 08/17/04 | $800.00 | 08/30/04 | $1,000.00 | 09/23/04 | $1,499.00 |
| 08/17/04 | $1,400.00 | 09/03/04 | $1,000.00 | 09/24/04 | $1,300.00 |
| 08/19/04 | $600.00 | 09/07/04 | $800.00 | 09/25/04 | $559.00 |
| 08/19/04 | $900.00 | 09/07/04 | $1,000.00 | 09/25/04 | $1,000.00 |
| 08/20/04 | $700.00 | 09/07/04 | $1,200.00 | 09/25/04 | $1,200.00 |

involving cash represented to be the proceeds of specified unlawful activity, to wit: drug trafficking, with the intent to promote the carrying on of the specified unlawful activity and with the intent to conceal and disguise the nature, location, source, ownership, and control of the cash believed to be the proceeds of the specified unlawful activity.

All in violation of Title 18, United States Code, Section 1956(a)(3) and Title 18, United States Code, Section 2.

-7-

**COUNT FIVE:**          (18 U.S.C. § 1546(a) – Acquiring False Visas; 18 U.S.C. § 2 – Aiding and Abetting)

The Grand Jury further charges that:

In or about November 2004, at Brockton, in the District of Massachusetts,

1.     **AMARO MILLAN,**

defendant herein, did knowingly and intentionally possess, obtain, accept and receive a visa,

knowing it to be forged, counterfeited, altered, falsely made, and otherwise procured by fraud and

unlawfully obtained.

All in violation of Title 18, United States Code, Section 1546(a) and Title 18 United States

Code, Section 2.

## FORFEITURE ALLEGATION

### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.       As a result of the offenses alleged in Counts I, II,  III and IV of this Indictment,

the defendants,

> **1.    AMARO MILLAN,**
> **2.    ORLANDO ALICEA,**

shall forfeit to the United States any and all property constituting, or derived from, any proceeds

the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property

used or intended to be used, in any manner or part, to commit, or to facilitate the commission of,

such violations.

2.       If any of the property described in paragraph 1 above, as a result of any act or

omission of the defendants,

       (a)      cannot be located upon the exercise of due diligence;

       (b)      has been transferred or sold to, or deposited with, a third party;

       (c)      has been placed beyond the jurisdiction of the Court;

       (d)      has been substantially diminished in value; or

       (e)      has been commingled with other property which cannot be subdivided
             without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C.  § 853(p), to seek forfeiture of any

other property of the defendants up to the value of the property described in paragraph 1.

    All in violation of 21 U.S.C. § 853.

**A TRUE BILL,**

_____
FOREPERSON OF THE GRAND JURY

_____
Nancy Rue
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS                    February 24, 2005

Returned into the District Court by the Grand Jury Foreperson and filed.

_____
Deputy Clerk                    3:02 PM

-9-

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)     **05 CR 10040 DPW**

**U.S. District Court - District of Massachusetts**

# Criminal Case Cover Sheet

**Place of Offense:**                    Category No. __II_____     **Investigating Agency**  __DEA_____

**City**    __Brockton_____         **Related Case Information:**

**County**  _____           Superseding Ind./ Inf. _____     Case No. _____
                                          Same Defendant _____     New Defendant _____
                                          Magistrate Judge Case Number  __05-1620-CBS_____
                                          Search Warrant Case Number  _____
                                          R 20/R 40 from District of  _____

**Defendant Information:**
                                                                 Juvenile:      ☐ Yes    ■ No
**Defendant Name**    Amaro Millan _____

**Alias Name**        _____

**Address**           _____

**Birthdate:**  __1940__     **SS #**  __8044__     **Sex:**  __Male__   **Race:** _____     Nationalit _____

**Defense Counsel if known:**    __Francisco Javier Fernandez__     **Address**  __4 Longfellow Place, Suite 3501-06__

**Bar Number**    _____                                 __Boston, MA 02114_____

**U.S. Attorney Information:**

**AUSA**  __Nancy Rue_____     Bar Number if applicable  _____

**Interpreter:**      ☐ Yes   ■ No        List language and/or dialect:     _____

**Matter to be SEALED:**     ☐ Yes   ■ No

        ☐ Warrant Requested          ☐ Regular Process          ■ In Custody

**Location Status:**

**Arrest Date**    __January 14, 2005_____

■ Already in Federal Custody as of    __January 14, 2005_____    in   __Boston, Massachusetts_____
☐ Already in State Custody at _____    ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____          on   _____

**Charging Document:**    ☐ Complaint      ☐ Information          ■ Indictment

**Total # of Counts:**    ☐ Petty ————     ☐ Misdemeanor ————     ■ Felony ————

Continue on Page 2 for Entry of U.S.C. Citations

■     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   February ᴣ ч ,2005          Signature of AUSA: _____  FoR
                                                       Nancy Rue

05 CR 10040 DPW

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):   _____

**Name of Defendant**      Amaro Millan

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute cocaine | 1 |
| Set 2 | 21 U.S.C. § 841 (a)(1) and 18 U.S.C § 2 | Possession of Cocaine w/ intent to distribute; Aiding and Abetting | 2 |
| Set 3 | 18 U.S.C. § 1956(a) (3) | Money Laundering | 3 |
| Set 4 | 18 U.S.C. § 1956(a)(3) and 18 U.S.C. § 2 | Money Laundering; Aiding and Abetting | 4 |
| Set 5 | 18 U.S.C. § 1546(a) and 18 U.S.C § 2 | Acquiring False Visas; Aiding and Abetting | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   _____

_____

_____

_____

_____

millanjs45.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)    05 CR 10040 DPW

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No.  II          Investigating Agency    DEA

**City**    Brockton                    **Related Case Information:**

**County** _____          Superseding Ind./ Inf. _____  Case No. _____
                                   Same Defendant _____  New Defendant _____
                                   Magistrate Judge Case Number    05-1620-CBS
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Orlando Alicea                    Juvenile:    ☐ Yes    ■ No

Alias Name    _____

Address    _____

Birthdate:  1970        SS #  8957        Sex:  Male    Race: _____    Nationalit _____

**Defense Counsel if known:**          Benjamin D. Entine, Esq.          Address  77 Franklin Street, Suite 300

Bar Number    _____                         Boston, MA 02110

**U.S. Attorney Information:**

AUSA    Nancy Rue                    Bar Number if applicable    _____

**Interpreter:**    ☐ Yes    ■ No        List language and/or dialect: _____

**Matter to be SEALED:**    ☐ Yes    ■ No

        ☐ Warrant Requested          ☐ Regular Process          ■ In Custody

**Location Status:**

Arrest Date    January 14, 2005

■ Already in Federal Custody as of    January 14, 2005    in    Boston, Massachusetts
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**    ☐ Complaint        ☐ Information        ■ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ■ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

■    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:    February 24 ,2005          Signature of AUSA: _____
                                              Nancy Rue

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      Orlando Alicea _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute cocaine | 1 |
| Set 2 | 21 U.S.C. § 841 (a)(1) and 18 U.S.C § 2 | Possession of Cocaine w/ intent to distribute; Aiding and Abetting | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Aliceajs45.wpd - 2/7/02