UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 JAN 26 A 11: 33
U.S. DISTRICT COURT
DISTRICT OF MASS.

| United States of America | ) | MBD _____ |
| v. | ) | |
| Orlando Alicea | ) | (MJ 05-1620-CBS) |
| | ) | |

## GOVERNMENT'S MOTION FOR REVOCATION OF RELEASE ORDER

The United States hereby moves this Court pursuant to 18 U.S.C. § 3145 for revocation

of the order of the Chief Magistrate Judge on January 21, 2005 that defendant Orlando Alicea be

released on conditions pending trial. The government has ordered a transcript of the relevant

proceedings before the magistrate judge and will file a copy of said transcript, and a

memorandum in support of the government's motion for revocation, promptly upon the receipt of

the same.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By:     _____
Nancy Rue
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Nancy Rue, hereby certify that I have caused a true copy of the foregoing to be served
by first class mail, postage prepaid on Benjamin D. Entine, by first class mail, postage prepaid.

_____
Nancy Rue