# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) **CRIMINAL ACTION**<br>) **NO. 05-10040-DPW** |
| AMARO MALLAN and<br>ORLANDO ALICIA,<br>    Defendants, | )<br>)<br>)<br>) |

### INITIAL STATUS REPORT
### April 15, 2005

**SWARTWOOD, C.M.J.**

The following is an Initial Status Report to Woodlock, J. to whom this case is assigned:

1. <u>Discovery</u>

In addition to its obligation to make automatic disclosure, the Government has provided Defendants with sixty-five separate reports which summarize various intercepted and/or recorded telephone calls. Counsel for the Defendants have requested additional time to review those reports with their clients. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on May 20, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.   Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from March 10, 2005 (date of expiration of prior order of excludable time) through May 20, 2005 (date by which Defendants' counsel will have reviewed discovery produced by the Government).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Friday, July 29, 2005.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE