# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )   CRIMINAL ACTION
                               )   NO. 05-10040-DPW
AMARO MALLAN and               )
ORLANDO ALICIA,                )
        Defendants,            )
_____)
```

### STATUS REPORT
### May 23, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Woodlock, J. to whom this case is assigned:

1.  <u>Discovery</u>

This case involves approximately sixty-five separate reports and numerous intercepted and recorded telephone calls. Counsel for the Defendants have requested additional time to review evidence produced by the Government. I have granted that request.

2.  <u>Further Status Conference</u>

A further status conference shall be held in this case on June 27, 2005, at 3:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding

from the Speedy Trial Act, the period from May 20, 2005 (date of expiration of prior order of excludable time) through June 27, 2005 (date by which counsel for Defendants will have completed their initial review of discovery produced by the Government in this case). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, September 5, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>  
CHARLES B. SWARTWOOD, III  
CHIEF MAGISTRATE JUDGE