UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                                   )
            v.                     )   CRIMINAL ACTION
                                   )   NO. 05-10040-DPW
AMARO MALLAN and                   )
ORLANDO ALICIA,                    )
            Defendants,            )
_____)


ORDER OF EXCLUDABLE TIME
May 23, 2005

**SWARTWOOD, C.M.J.**

   It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from May 20, 2005 (date of expiration of prior order of excludable time) through June 27, 2005 (date by which counsel for Defendants will have completed their initial review of discovery produced by the Government in this case) shall be excluded from the Speedy Trial Act.


                                   /s/Charles B. Swartwood, III
                                   CHARLES B. SWARTWOOD, III
                                   CHIEF MAGISTRATE JUDGE