UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **United States of America** | ) | 05-10040-DPW |
| v. | ) | |
| **Amaro Millan** | ) | |

## NOTICE OF FILING LIST OF PERSONS

The government hereby notes the submission of the lists of persons with whom defendants are to have no contact. The lists themselves are submitted under seal by agreement of the parties and permission of the Court.

        Respectfully Submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Nancy Rue
       Nancy Rue
       Assistant U.S. Attorney

Dated: June 21, 2005