## UNITED STATES DISTRICT COURT

CRIMINAL NO. 05-10040-DPW

UNITED STATES OF AMERICA

vs.

ORLANDO ALICEA

### MOTION TO MODIFY CONDITIONS OF RELEASE

NOW COMES the defendant, Orlando Alicea, by counsel and requests this Honorable Court to Modify the Defendant's Conditions of Release.

As reasons counsel states that on June 17, 2005 defendant was released from custody, placed in the custody of Edwin Alicea and placed in the electronic monitoring program.

Counsel has been advised by Pre-trial Officer, Chris Wiley, that where defendant is monitored twenty-four hours a day the condition of reporting and calling pre-trial services weekly should be obviated.

WHEREFORE counsel for the defendant requests modification of conditions of release to disregard the necessity to report and call in to pre-trial services on a weekly basis. Pre-trial Officer, Chris Wiley, has assented to this Motion.

Respectfully submitted,

/s/ Benjamin D. Entine, Esq.
77 Franklin Street
Third Floor
Boston, MA 02110
Tel: 617-357-0770
BBO# 558533