UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
         v.                         )   CRIMINAL ACTION
                                    )   NO. 05-10040-DPW
AMARO MALLAN and                    )
ORLANDO ALICIA,                     )
         Defendants,                )
_____)

**STATUS REPORT**
**June 27, 2005**

**SWARTWOOD, C.M.J.**

The following is a Status Report to Woodlock, J. to whom this case is assigned:

1. Discovery

This case involves approximately sixty-five separate reports and numerous intercepted and recorded telephone calls and person-to-person meetings. The calls and meetings are in Spanish and the Government has been preparing English transcripts of those calls and meetings. Counsel for Messrs. Mallan and Alicia have requested additional time to review with their clients discovery produced by the Government including the anticipated English language transcripts. I have granted that request. Additionally, if the Defendants want additional discovery which the Government has refused to provide then they must file a motion for further

discovery by August 24, 2005.  The Government must file a reply to that motion by September 7, 2005.

    2.    <u>Further Status Conference</u>

A further status conference shall be held in this case on September 12, 2005, at 3:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

    3.    <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from June 27, 2005 (date of expiration of prior order of excludable time) through September 7, 2005 (date by which the Government is to file its response to Defendants' pretrial discovery motions).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, November 16, 2005</u>.

                                    <u>/s/Charles B. Swartwood, III</u>
                                    CHARLES B. SWARTWOOD, III
                                    CHIEF MAGISTRATE JUDGE