# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.                                        )<br>)<br>AMARO MALLAN and                 )<br>ORLANDO ALICIA,                   )<br>     Defendants,              )<br>_____) | CRIMINAL ACTION<br>NO. 05-10040-DPW |

### ORDER OF EXCLUDABLE TIME
### June 27, 2005

**SWARTWOOD, C.M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from June 27, 2005 (date of expiration of prior order of excludable time) through September 7, 2005 (date by which counsel the Government is to file its response to Defendants' pretrial discovery motions) shall be excluded from the Speedy Trial Act.

                                        /s/Charles B. Swartwood, III
                                        CHARLES B. SWARTWOOD, III
                                        CHIEF MAGISTRATE JUDGE