# UNITED STATES DISTRICT COURT

CRIMINAL NO. 05-10040-DPW

UNITED STATES OF AMERICA

vs.

ORLANDO ALICEA

## MOTION TO AMEND DETENTION ORDER

NOW COMES the defendant, Orlando Alicea, by counsel and moves the Court pursuant to 18 U.S.C. § 3145 (c), to Amend Detention Order by allowing defendant to visit with Manual Tavares as Pre-trial deems appropriate for the following reasons:

1. On June 17, 2005 Mr. Alicea was released from custody on surety bond, electronic monitor and conditions that he is available to work during the week and to church on Sunday.

2. To date Mr. Alicea has complied with the condition of his release.

3. Mr. Alicea's fiancé, Manuela Tavares, father, Manuel Tavares, has been diagnosed with terminal cancer. Mr. Tavares resides at 47 Jackson Street, Taunton, MA.

4. Mr. Alicea, who resided with Mr. Tavares, wishes to visit with him along with his fiancé and their children nights and weekends as seen appropriate by Pre-trial Services.

WHEREFORE the defendant, Orlando Alicea, requests that conditions of release be amended in order for Mr. Alicea to visit Manuel Tavares as seen fit by Pre-trial Services.

                                                  Respectfully submitted,

August 8, 2005                      /s/ Benjamin D. Entine, Esq.
                                                  77 Franklin Street
                                                  Boston, MA 02110
                                                  (617) 357-0770
                                                  BBO# 558533