UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **United States of America** | ) | 05-CR-10040-DPW |
| v. | ) | |
| **Orlando Alicea** | ) | |
| | ) | |

## GOVERNMENT'S RESPONSE TO SECOND MOTION FOR AMENDMENT OF RELEASE ORDER

The United States hereby notes that the government has no objection to the proposed amendment to defendant's release conditions proposed in Defendant's motion filed on August 8, 2005 (Docket Entry 51).

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By:   /s/ Nancy Rue
        Nancy Rue
        Assistant U.S. Attorney