UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.: 05-10040-DPW

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) |
| **ORLANDO ALICEA** | ) |
| | ) |

### NOTICE OF APPEARANCE

Now comes the undersigned, and respectfully requests this Honorable Court to enter his appearance on behalf of the Defendant, Orlando Alicea.

ORLANDO ALICEA
By his Attorney,

Gordon W. Spencer, Esq.
1256 Park Street, Suite 104
Stoughton, MA 02072
(781) 297-9293
BBO# 630488

Dated: September 7th, 2005

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel of record this 7th day of September, 2005, via first class mail, pre-paid postage.

Gordon W. Spencer

Dated: September 7th, 2005