UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
         v.                         )    **CRIMINAL ACTION**
                                    )    **NO. 05-10040-DPW**
AMARO MALLAN and                    )
ORLANDO ALICIA,                     )
         Defendants,                )
_____ )

### STATUS REPORT
### September 14, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Woodlock, J. to whom this case is assigned:

1. Discovery

This case involves approximately sixty-five separate reports and numerous intercepted and recorded telephone calls and person-to-person meetings. Some of the calls and meetings are in Spanish and the Government has been preparing English transcripts of those calls and meetings. Those transcripts are not yet completed. Counsel for Mr. Mallan has requested additional time to review with his client the discovery produced by the Government and when received, transcripts of calls and meetings prepared by the Government. Mr. Alicia has new, successor counsel, who only a week ago entered his appearance in this case. Mr. Alicia's counsel has

requested additional time to review the voluminous discovery produced by the Government in this case.  I have granted both requests.

    2.   <u>Further Status Conference</u>

A further status conference shall be held in this case on November 8, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

    3.   <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from September 7, 2005 (date of expiration of prior order of excludable time) through November 8, 2005 (date by which discovery shall be completed in this case).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, January 17, 2006</u>.

                                 /s/Charles B. Swartwood, III
                                 CHARLES B. SWARTWOOD, III
                                 CHIEF MAGISTRATE JUDGE