UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____  )
                             )
UNITED STATES OF AMERICA,    )
                             )
                             )
          v.                 )   CRIMINAL ACTION
                             )   NO. 05-10040-DPW
AMARO MALLAN and             )
ORLANDO ALICIA,              )
          Defendants,        )
_____  )

**ORDER OF EXCLUDABLE TIME**
**September 14, 2005**

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 7, 2005 (date of expiration of prior order of excludable time) through November 8, 2005 (date by which discovery shall be completed in this case) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE