## UNITED STATES DISTRICT COURT

CRIMINAL NO. 05-10040-DPW

UNITED STATES OF AMERICA

vs.

ORLANDO ALICEA

## MOTION FOR LEAVE TO WITHDRAW

NOW COMES the undersigned, appointed counsel for the defendant, Orlando Alicea, and requests Leave to Withdraw upon the filing of Attorney Gordon Spencer, 1256 Park Street, Suite 104, Stoughton, MA 02072 Notice of Appearance.

Respectfully submitted,

/s/ Benjamin D. Entine, Esq.
77 Franklin Street
3rd Floor
Boston, MA 02110
617-357-0770
BBO# 558533

September 14, 2005