UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )    CRIMINAL ACTION
                               )    NO. 05-10040-DPW
AMARO MALLAN and               )
ORLANDO ALICIA,                )
         Defendants,           )
_____)
```

**STATUS REPORT**
**November 9, 2005**

**SWARTWOOD, C.M.J.**

The following is a Status Report to Woodlock, J. to whom this case is assigned:

1. <u>Discovery</u>

This case involves numerous intercepted and recorded telephone calls and person-to-person meetings. Some of the calls and meetings are in Spanish and the Government has agreed to prepare English transcripts of those calls and meetings. Unfortunately, there has been a delay in producing the transcripts. Once produced, counsel for the Defendants have requested adequate time to review those transcripts. I have granted that request.

2.  <u>Further Status Conference</u>

A further status conference shall be held in this case on January 11, 2006, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.  <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for the Defendants, I am excluding from the Speedy Trial Act, the period from November 8, 2005 (date of expiration of prior order of excludable time) through January 11, 2006 (date by which Defendants' counsel will have completed their review of discovery produced by the Government). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, March 22, 2006</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE