# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )    CRIMINAL ACTION
                               )    NO. 05-10040-DPW
AMARO MILLAN and               )
ORLANDO ALICEA,                )
        Defendants,            )
_____)
```

## STATUS REPORT
### January 13, 2006

**SWARTWOOD, C.M.J.**

The following is a Status Report to Woodlock, J. to whom this case is assigned:

1. <u>Discovery</u>

There continues to be a delay in producing Spanish transcripts of numerous intercepted and recorded telephone calls and person-to-person meetings.  The Government now estimates that it should have those transcripts by the middle of February and counsel for the Defendants have requested additional time to review the transcripts once they have been produced.  I have granted that  request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on March 15, 2006, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.   <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for the Defendants, I am excluding from the Speedy Trial Act, the period from January 11, 2006 (date of expiration of prior order of excludable time) through March 15, 2006 (date by which the Government will have produced the translated transcripts and counsel for the Defendants will have reviewed those transcripts). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, May 24, 2006</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE