UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )    CRIMINAL ACTION
                               )    NO. 05-10040-DPW
AMARO MILLAN and               )
ORLANDO ALICEA,                )
         Defendants,           )
_____)
```

ORDER OF EXCLUDABLE TIME
January 13, 2006

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from January 11, 2006 (date of expiration of prior order of excludable time) through March 15, 2006 (date by which the Government will have produced the translated transcripts and counsel for the Defendants will have reviewed those transcripts) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE