UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **United States of America** | ) | 05-10040-DPW |
| v. | ) | |
| **Amaro Millan** | ) | |

## MOTION FOR CONTINUANCE OF STATUS CONFERENCE AND MOTION TO EXCLUDE TIME UNTIL NEXT CONFERENCE

The government respectfully moves to continue the status conference currently scheduled for March 15, 2006 for approximately 30 days. As grounds therefor, the government states that the government has agreed to provide translations/transcripts of certain telephone calls, and those documents are currently not completed. The defendants, through counsel, have both assented to this continuance and have agreed to exclude the time from Speedy Trial Act calculations.

Respectfully Submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Nancy Rue
Nancy Rue
Assistant U.S. Attorney