# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| v.     ) | **CRIMINAL ACTION** |
| ) | **NO. 05-10040-DPW** |
| AMARO MILLAN and     ) | |
| ORLANDO ALICEA,     ) | |
|             Defendants,     ) | |

## INTERIM STATUS REPORT
### March 15, 2006

**HILLMAN, M.J.**

The following is an Interim Status Report to Woodlock, J. to whom this case is assigned:

1. <u>Status</u>

The parties have jointly moved to continue the status conference scheduled on March 15, 2006 for approximately thirty days. As grounds, they relate that the Government has agreed to provide translation/transcripts of certain telephone calls and those documents have not been transcribed. I have granted this request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on April 19, 2006, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

At the request of the Government and with the assent of both counsel, I am excluding from the Speedy Trial Act, the period from March 15, 2006 (date of expiration of prior order of excludable time) through and including April 19, 2006 (date by which the Government will have produced the translated transcripts and counsel for the Defendants will have reviewed those transcripts). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, June 28, 2006</u>.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE