# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION** |
| | ) | **NO. 05-10040-DPW** |
| AMARO MILLAN and | ) | |
| ORLANDO ALICEA, | ) | |
| Defendants, | ) | |
| | ) | |

## ORDER OF EXCLUDABLE TIME
### March 15, 2006

**HILLMAN, M.J.**


It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the

United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir.

1982)), that the period from March 15, 2006 (date of expiration of prior order of excludable time)

through April 19, 2006 (date by which the Government will have produced the translated transcripts

and counsel for the Defendants will have reviewed those transcripts) shall be excluded from the

Speedy Trial Act.


/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE