UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v.                        ) | Criminal No. 04-10040 -DPW |
| ORLANDO ALICEA            ) | |

**INFORMATION FILED PURSUANT TO 21 U.S.C. § 851 REGARDING
PRIOR FELONY DRUG CONVICTION OF DEFENDANT FREDERICK PIDGE**

**COUNT ONE:**   (Title 21, United States Code, Section 851 – Notice of Prior Conviction)

The United States Attorney Charges that:

1. On or about May 22, 1995, Orlando Alicea was convicted in the Superior Court in the County of Norfolk, Commonwealth of Massachusetts, of trafficking in controlled substances (cocaine), in Norfolk Superior Court No. 94628.

2. Orlando Alicea has been named as a defendant in an Indictment numbered 04-10040-DPW.

3. By way of this information, the government notifies Orlando Alicea that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraph 1, above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                            By:   /s/ Nancy Rue
                                NANCY RUE
                                Assistant U.S. Attorney

Dated: May 2, 2006

## CERTIFICATE OF SERVICE

This is to certify that this notice has been served electronically upon counsel for defendant.

    /s/ Nancy Rue
NANCY RUE
Assistant U.S. Attorney