# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION** |
| | ) | **NO. 05-10040-DPW** |
| AMARO MILLAN and | ) | |
| ORLANDO ALICEA, | ) | |
| Defendants, | ) | |
| | ) | |

## STATUS REPORT
### April 24, 2006

**HILLMAN, M.J.**

The following is a Status Report to Woodlock, J. to whom this case is assigned:

1.    Status

The Government is in the process of providing translations of intercepted telephone conversations and the translation process is not completed. Also, during the translation process it was discovered that additional tapes need to be translated and transcribed. The parties have asked for an additional forty-five days to complete this process which I have granted.

2.    Further Status Conference

A further status conference shall be held in this case on Wednesday, May 31, 2006, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.    <u>Excludable Time</u>

At the request of the Government and with the assent of both counsel, I am excluding from the Speedy Trial Act, the period from April 19, 2006 (date of expiration of prior order of excludable time) through and including May 31, 2006 (date by which the Government will have produced the translated transcripts and counsel for the Defendants will have reviewed those transcripts). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, August 9, 2006</u>.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE