# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>AMARO MILLAN and<br>ORLANDO ALICEA,<br>        Defendants, | )<br>)<br>)<br>)<br>)   **CRIMINAL ACTION**<br>)   **NO. 05-10040-DPW**<br>)<br>)<br>)<br>) |

## ORDER OF EXCLUDABLE TIME
### April 24, 2006

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from April 19, 2006 (date of expiration of prior order of excludable time) through May 31, 2006 (date by which the Government will have produced the translated transcripts and counsel for the Defendants will have reviewed those transcripts) shall be excluded from the Speedy Trial Act.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE