# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| v.  ) | **CRIMINAL ACTION** |
| ) | **NO. 05-10040-DPW** |
| AMARO MILLAN and  ) | |
| ORLANDO ALICEA,  ) | |
| Defendants,  ) | |

## STATUS REPORT
### June 2, 2006

**HILLMAN, M.J.**

The following is a Status Report to Woodlock, J. to whom this case is assigned:

1.   Status

The Government is attempting to secure translations of selected intercepted telephone conversations and the translations have not been completed. The parties have asked for sixty days in order for the translations to be received or the Government to recommission the translations from a source that will be able to provide them in a timely manner. I have granted that request.

2.   Further Status Conference

A further status conference shall be held in this case on Wednesday, August 16, 2006, at 9:30 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

3.  <u>Excludable Time</u>

At the request of the Government and with the assent of both counsel, I am excluding from the Speedy Trial Act, the period from May 31, 2006 (date of expiration of prior order of excludable time) through and including August 16, 2006 (date of the next status conference). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, October 25, 2006</u>.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE