# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.        )<br>)<br>AMARO MILLAN and )<br>ORLANDO ALICEA, )<br>         Defendants, )<br>)  | **CRIMINAL ACTION**<br>**NO. 05-10040-DPW** |

## INTERIM STATUS REPORT
### August 17, 2006

**HILLMAN, M.J.**

The following is an Interim Status Report to Woodlock, J. to whom this case is assigned:

1. <u>Status</u>

The Government had been awaiting secure translations of selected intercepted telephone conversations. Those translations have been completed and the Government will be receiving them within two weeks. They will provide them to defense counsel who have asked for sixty days to evaluate those conversations and discuss resolution of this case with their clients. I have granted that request.

2. <u>Final Status Conference</u>

A final status conference shall be held in this case on Tuesday, October 24, 2006, at 10:30 a.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

At the request of the Government and with the assent of both counsel, I am excluding from the Speedy Trial Act, the period from August 16, 2006 (date of the expiration of the prior order of excludable time) through and including October 24, 2006 (date of the final status conference). Therefore, assuming no further order of excludable delay under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, January 2, 2007</u>.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE