# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION NO. 05-10040-DPW** |
| AMARO MILLAN and ORLANDO ALICEA, Defendants, | ) ) ) ) | |
|  | ) | |

## ORDER OF EXCLUDABLE TIME
**August 17, 2006**

**HILLMAN, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from August 16, 2006 (date of the expiration of the prior order of excludable time) through October 24, 2006 (date of final status conference) shall be excluded from the Speedy Trial Act.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE