UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.                                                      )<br>)<br>AMARO MILLAN and                       )<br>ORLANDO ALICEA,                        )<br>          Defendants,              )<br>)  | CRIMINAL ACTION<br>NO. 05-10040-DPW |

INTERIM STATUS REPORT
October 31, 2006

**HILLMAN, M.J.**

The following is an Interim Status Report to Woodlock, J. to whom this case is assigned:

1.   Status

On August 17, 2006, the Government represented to the Court that translations of selected intercepted telephone conversations had been completed and that the Government would be receiving them by early September. They were to forward them to defense counsel who had sixty days to evaluate the conversations. Most of the transcripts were forwarded to the Defendants in a timely manner. However, five transcripts were not included and the United States Attorney's Office is seeking to have the translation completed as expeditiously as possible. They have requested until November 28, 2006, to enable them to complete the translation process, get the transcripts to the Defendants, and to give the Defendants several weeks to evaluate these remaining transcripts. I have granted that request.

2. <u>Final Status Conference</u>

A final status conference shall be held in this case on November 28, 2006, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

At the request of the Government and with the assent of both counsel, I am excluding from the Speedy Trial Act, the period from October 24, 2006 (date of the expiration of the prior order of excludable time) through and including November 28, 2006 (date of the final status conference). Therefore, assuming no further order of excludable delay under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, February 6, 2007</u>.

/s/ Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE