UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | NO. 05-10040-DPW |
| AMARO MILLAN and ) | |
| ORLANDO ALICEA, ) | |
| Defendants, ) | |

**ORDER OF EXCLUDABLE TIME**
October 31, 2006

HILLMAN, M.J.

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from October 24, 2006 (date of the expiration of the prior order of excludable time) through November 28, 2006 (date of final status conference) shall be excluded from the Speedy Trial Act.

/S/ Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE