# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> v. ) <br> ) <br> AMARO MILLAN and ) <br> ORLANDO ALICEA, ) <br>      Defendants, ) <br> ) | CRIMINAL ACTION <br> NO. 05-10040-DPW |

## INTERIM STATUS REPORT
**November 29, 2006**

**HILLMAN, M.J.**

The following is an Interim Status Report to Woodlock, J. to whom this case is assigned:

1.   Status

On October 31, 2006, the Government represented to this Court that all but five transcripts of intercepted telephone conversations had been forwarded to the Defendants. On that date, the Government promised that those five transcripts would be completed as expeditiously as possible. They requested until November 28, 2006, to enable them to complete the process and get the transcripts to the Defendants. As of this date, the Government has turned over three transcripts and two still remain outstanding. The parties have requested one final continuance in order to complete the transcription process and to enable the Defendants to evaluate these transcripts and to determine whether or not a trial in this case will be necessary. I have reluctantly granted them one final continuance.

2. <u>Final Status Conference</u>

A final status conference shall be held in this case on January 25, 2007, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

At the request of the Government and with the assent of the both counsel, I am excluding from the Speedy Trial Act, the period from November 28, 2006 (date of the expiration of the prior order of excludable time) through and including January 25, 2007 (date of the final status conference). Therefore, assuming no further order of excludable delay under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, April 5, 2007</u>.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE