# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION** |
| | ) | **NO. 05-10040-DPW** |
| AMARO MILLAN and | ) | |
| ORLANDO ALICEA, | ) | |
| Defendants, | ) | |
| | ) | |

## ORDER OF EXCLUDABLE TIME
### November 29, 2006

**HILLMAN, M.J.**


It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (h)(8)(A), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from November 28, 2006 (date of the expiration of the prior order of excludable time) through January 25, 2007 (date of final status conference) shall be excluded from the Speedy Trial Act.


/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE