UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Criminal No. 05-10040-DPW |
| | ) | |
| AMARO MILLAN, et al. | ) | |

## NOTICE OF APPEARANCE

_____Now comes the undersigned Assistant United States Attorney and hereby gives notice of his appearance as counsel for the United States of America in the captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ *Andrew E. Lelling*
ANDREW E. LELLING
Assistant U.S. Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3177

Dated: January 4, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 4, 2007.


                                    /s/: *Andrew E. Lelling*
                                    ANDREW E. LELLING
                                    Assistant U.S. Attorney



Dated: January 4, 2007