UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | No.  05-10040-DPW |
| | ] | |
| AMARO MILLAN and ORLANDO ALICEA | ] ] | |

## NOTICE OF APPEARANCE

Now comes the undersigned Assistant United States Attorney and hereby gives notice of his appearance as counsel for the United States of America in the captioned matter.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By:    /s/ *Andrew E. Lelling*
        ANDREW E. LELLING
        Assistant U.S. Attorney
        United States Attorney's Office
        One Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3177

Dated: January 9, 2007

CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 9, 2007.

      /s/: *Andrew E. Lelling*
      ANDREW E. LELLING
      Assistant U.S. Attorney

Dated: January 9, 2007