UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.            ] | No. 05-10040-DPW |
| ] | |
| AMARO MILLAN and ORLANDO  ] | |
| ALICEA       ] | |

**ASSENTED-TO MOTION FOR CONTINUANCE OF FINAL STATUS DATE**

The United States hereby moves for a continuance of the final status conference date currently scheduled for January 25, 2007. As reasons for this motion the government states as follows:

1. As of last week, undersigned counsel took over this case from AUSA Nancy Rue.

2. On the current date scheduled for the final status conference, counsel has plans to be in Florida. The tickets for that trip were outrageously expensive.

3. Counsel for both defendants assent to this motion.

WHEREFORE, the government respectfully requests that the date for the final status conference be continued to a date in mid-February, and that the Court issue an accompanying order on exclusion of time for speedy trial purposes.

Respectfully submitted,

Michael J. Sullivan
United States Attorney

By:   /s/: *Andrew E. Lelling*
      Andrew E. Lelling
      Assistant U.S. Attorney

Date:  January 9, 2007