# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>AMARO MILLAN and )<br>ORLANDO ALICEA, )<br>      Defendants, )<br>) | **CRIMINAL ACTION**<br>**NO. 05-10040-DPW** |

## FINAL STATUS REPORT
### March 8, 2007

**HILLMAN, M.J.**

The following is a Final Status Report to Woodlock, J. to whom this case is assigned:

**1.  Local Rule 116.5 (C) (1)** - Outstanding Discovery

There are no any outstanding discovery issues at this time. The Government represents that all Rule 16 and automatic discovery materials have been provided to Defendants' counsel or made available for counsel to review.  Both parties represent that they are aware of their continuing discovery obligations.

**2.  Local Rule 116.5(C)(3) -** Insanity Or Public Authority Defense

The Defendant, Orlando Alicea, will not be raising either of these defenses.

**3.  Local Rule 116.5(C)(4) -** The Government's Request For Notice Of Alibi

The Defendant will not raise the defense of alibi.

**4. Local Rule 116.5 (C) (5)** - Motions

The Defendant, Orlando Alicea, does not intend to file any dispositive motions.

**5. Local Rule 116.5 (C) (7)** - Early Resolution

The parties have discussed the possibility of a non-trial resolution of this case without success.

**6.** Other Matters

The Defendant, Amaro Millan recently deceased. His counsel has filed a Motion To Dismiss which motion will be assented to by the United States Attorney. Accordingly, Mr. Millan's case is being returned to Judge Woodlock for action on that motion. Since Mr. Alicea's matter is ready for trial his matter is also returned to Judge Woodlock. The parties were unable to estimate how long the trial would take.

**7. Local Rule 116.5(C)(8) -** Excludable Time

At the request of the Government and with the assent of counsel, I am excluding from the Speedy Trial Act the period from January 25, 2007 (date of the expiration of the prior order of excludable time) through and including March 6, 2007 (date of the final status conference). Therefore, assuming no further order of excludable delay under the plan for prompt disposition of criminal cases, this case must be tried on or before Tuesday, May 15, 2007.

/s/Timothy S. Hillman
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE