UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v.  ] | No. 05-10040-DPW |
| ] | |
| AMARO MILLAN and ORLANDO ] | |
| ALICEA ] | |

**GOVERNMENT'S RESPONSE TO DEFENDANT**
**AMARO MILLAN'S MOTION TO DISMISS**

On March 5, 2007, counsel for defendant Amaro Millan moved to dismiss this case with prejudice as it pertains to Mr. Millan, on the grounds that Mr. Millan died on February 27, 2007. Counsel attached a Standard Certificate of Death to the motion.

The government assents to the motion. A proposed order of dismissal is attached.

                                                      Respectfully submitted,

                                                      MICHAEL J. SULLIVAN
                                                      United States Attorney

                          By:    */s/: Andrew E. Lelling*
                                    Andrew E. Lelling
                                    Assistant U.S. Attorney

Date:   March 8, 2007

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 8, 2007.

                      */s/: Andrew E. Lelling*
                      ANDREW E. LELLING

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | No. 05-10040-DPW |
| ] | |
| AMARO MILLAN and ORLANDO ] | |
| ALICEA ] | |

**<u>ORDER OF DISMISSAL AS TO DEFENDANT AMARO MILLAN</u>**

On March 5, 2007, counsel for defendant Amaro Millan moved to dismiss this case with prejudice as it pertains to Mr. Millan, on the grounds that Mr. Millan died on February 27, 2007. Counsel attached a Standard Certificate of Death to the motion. The government assents to the motion.

In light of the foregoing, the Court hereby DISMISSES, with prejudice, the indictment in this case as it pertains to Amaro Millain.

SO ORDERED, this ___ day of March, 2007.

_____
HON. DOUGLAS P. WOODLOCK
United States District Judge