UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | No. 05-10040-DPW |
| ] | |
| ORLANDO ALICEA ] | |

**PRETRIAL STATUS REPORT**

Pursuant to the Court's order of March 12, 2007, the parties hereby submit the following status report:

**Resolving the Case**

This case will probably go to trial, because the defendant faces a 20 year mandatory minimum sentence if convicted. Therer is still some chance of resolution, however, and the parties will advise the Court promptly if it appears that the case will be resolved short of trial. A trial would probably last a week and a half.

**Trial Dates**

Both parties seek a long trial date, in August 2007 or later. Counsel for both parties have previously scheduled trials (that are likely to proceed) in the coming months through to the summer. Government counsel received the file in this matter only about a month ago. Defense counsel notes that he was provided some additional discovery about two months ago, which still requires review. The parties note that the defendant is not in custody.

**Motions**

The defendant does not contemplate any dispositive motions or motions to suppress at this time.

**Interpreter**

The defendant does not require an interpreter.

**Status of Defendants**

As noted above, the defendant is not in custody. No defendant is a fugitive; co-defendant Amaro Millan recently passed away, and the government has assented to dismissal of the case against him.

**Other Matters**

The parties are not aware of other specific matters requiring attention at this time.

Respectfully submitted,

| | |
|---|---|
| Michael J. Sullivan | Orlando Alicea |
| United States Attorney | Defendant |

By:   */s/ Andrew E. Lelling*             */s/ Gordon Spencer*
        Andrew E. Lelling                    Gordon Spencer
        Assistant U.S. Attorney           Counsel to Orlando Alicea

Date: March 15, 2007


CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 15, 2007.

*/s/: Andrew E. Lelling*
ANDREW E. LELLING