```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

```
_____
                            )
UNITED STATES OF AMERICA    )
                            )
        v.                  )    CRIMINAL NO. 05-10040-DPW
                            )
ORLANDO ALICEA              )
_____)
```

## GOVERNMENT'S REQUESTED QUESTIONS FOR THE JURY VENIRE

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U. S. Attorney Theodore B. Heinrich, hereby requests that, in addition to those questions commonly put to the <u>venire</u> in cases commenced in this Court, the Court pose the following questions to the prospective jurors in this case:

1.  The United States of America is one of the litigants in this trial.  You will hear the United States referred to throughout the trial as "the government."  Have you, or any member of your immediate family, or anyone with whom you are close:

    (a) ever answered charges (other than for an alleged moving traffic violation) in a criminal proceeding?;

    (b) ever filed a lawsuit or claim of any kind against any police or other law enforcement officer?;

    (c) ever engaged in litigation with the federal government, that is, ever filed a claim or lawsuit against the United States or any of its agencies, or

answered some claim made against you by the federal government?

(d)  ever had any involvement, of any sort, with the Immigration and Customs Enforcement Bureau (ICE") or the FBI?

(e) ever had any involvement, of any sort, with the Boston Police Department?

2.   Aside from these particular circumstances, are you aware of any prejudice which you may have against the government which would in any way impair your ability to evaluate and judge fairly and impartially the facts of this case?

3.   Some of the witnesses expected to be called by the United States at trial are Special Agents or Task Force Agents of ICE and the FBI.

Are you aware of any prejudice that you might have against a witness or other individual in this case where that witness or individual is shown to be a law enforcement officer?

4.   The charges in this case are that the defendant conspired to and did possess with intent to distribute cocaine. Have you, or any of member of your immediate family, or anyone with whom you are close:

a) ever been addicted to or developed physical, emotional or other problems associated with the use of cocaine or other illegal drugs?

b) known anyone who has been adversely affected by the actions of a drug user or drug dealer?

6.   The evidence in this case will include testimony from undercover officers who pretended to be drug suppliers in order

to advance their investigation.  Is there anything about this fact that would adversely effect your ability to sit as a fair and impartial juror in this case?

    7.   Are you willing and able to completely and honestly apply the law, as I give it to you at the end of the case, to the facts as you find them?  Do you know of any reason why you cannot sit as a fair and impartial juror in the trial of this case?

Respectfully submitted,<br>
MICHAEL J. SULLIVAN<br>
United States Attorney<br><br>
By: /s/ Theodore B. Heinrich<br>
THEODORE B. HEINRICH<br>
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

                                       /s/ Theodore B. Heinrich
                                       THEODORE B. HEINRICH
                                       Assistant U.S. Attorney

April 3, 2007

M