UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.  05-10040-DPW |
| | ) | |
| | ) | |
| ORLANDO ALICEA | ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance in the above-named matter.

Respectfully submitted,
By his attorney,

/s/ Robert Sheketoff
Robert Sheketoff
BBO# 457340
One McKinley Square
Boston, MA 02119
(617)-367-3449