UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.: 05-10040-DPW

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **v.** | ) |
| | ) |
| **ORLANDO ALICEA** | ) |
| | ) |

_____

## MOTION FOR CONTINUANCE OF SENTENCING DATE

Defendant Orlando Alicea, through his counsel, hereby moves the Court, pursuant to continue his sentencing date approximately 14 days from **July 10, 2007 to July 24, 2007.** As grounds therefore the Defendant states as follows:

1. Due to scheduling conflicts, the Defendant and his counsel was only able to meet with Probation for the pre-sentence interview on May 31, 2007.

2. Probation has informed the Defendant that due to the interview occurring so late, they need additional time to obtain the verification they need for their first disclosure of the pre-sentence report.

3. The Defendant therefore respectfully requests a 14 day continuance, so as to allow the production of all materials relevant for sentencing.

    ORLANDO ALICEA
    By his Attorney,

    /s/Gordon W. Spencer
    Gordon W. Spencer, Esq.
    1256 Park Street, Suite 104
    Stoughton, MA 02072
    (781) 297-9293

Dated: June 5, 2007    BBO# 630488