854 Broadway
Hanover, Massachusetts  02339

July 2, 2007

Honorable Douglas P. Woodlock
John Joseph Moakley
United States Court House
1 Courthouse Way – Suite 2300
Boston, Massachusetts 02210

Dear Judge Woodlock:

I am writing this letter in support of Orlando Alicea, who is scheduled for sentencing on July 10, 2007. I am a retired Special Agent of the Federal Bureau of Investigation and presently serve as Chairman of the Board of Trustees at the First Congregational Church, Hanover, Massachusetts.

I first met Orlando Alicea approximately three years ago, when he started attending our church on a weekly basis. He is a man of faith and became a church member in May 2006. I have always found him to be a caring individual, who would go out of his way to help others. He is a dedicated family man and I have met his wife and two young children.

Orlando works in the home repair business and has obtained his contractors license. He has generously utilized his construction skills by volunteering in the construction of new homes for Habitat for Humanity, an organization that provides new homes to low income families. He has also volunteered numerous hours in the installation of new windows in the church parish hall and in the maintenance of the church grounds.

Orlando cares deeply for his family and a lengthy prison sentence would have a devastating impact on them. I believe that Orlando has made an honest effort to turn his life around and has become a contributing member of society. Please give him every consideration in your sentencing.

Sincerely,

*Harold D. Thomas*
Harold D. Thomas

FILED
IN CLERKS OFFICE

2007 JUL -3  P 12: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.