Maria Tavares
47 Jackson Street
Taunton, Ma 02780


June 30, 2007


Honorable Judge Woodlock,


My name is Maria Tavares. I am a law abiding citizen living in the city of Taunton. I was married for 35 years to my husband until he passed away on September 20, 2005.

I am writing this letter on behalf of my wonderful son-in-law Orlando Alicea who will stand before you on July 10th to be sentenced on drug charges he pled guilty to.

Orlando Alicea is at your mercy and I am asking you to please spare him what is left of his youth so that he is able to work and provide for my daughter and granddaughters who desperately and lovingly need him in their lives. Orlando is not a bad man. He is a man who made a bad call by thinking he was going to be able to help us out of our problems by involving him self with that other man. Orlando would not have done this if he had thinking straight like he is now.

Before he was arrested our whole family was experiencing hard times financially and emotionally. Orlando, my daughter, who was pregnant at the time, and grandchildren moved in with me, which I saw as a blessing. At the time my husband was dying of Multiple Myloma Cancer in our home and it was driving us all onto the brink of insanity. His medication was $1,200 a bottle and our insurance was not covering it. We had to pool our money together to cover the cost. His cancer went undetected and once he was diagnosed he had little time left to live. The cancer immediately took all the life out of him right before our eyes to the point he could not eat, stand, or talk. Orlando, my daughter and I stared death right into its eyes and it was the most horrible experience we have ever endured. My daughter and I remained strong but Orlando is not the kind of person that could handle an experience of that nature. He is emotionally weak and unstable. If that was not enough, we were also dealing with my granddaughter's lead poisoning and Orlando blamed himself for that. Many times he would tell my daughter he wanted to take his life. Only God knows what we went through at that time.

My Son in law is a kind, peaceful, and humble man worthy of forgiveness. He has sought medical treatment, which resulted in a 180-degree improvement to my amazement. Three years ago he gave his life to Jesus Christ and now the lord is guiding him on a righteous path. Every Sunday he faithfully attends service and volunteers his time and skills whenever possible. He has acquired licenses in heating, contracting, and is currently enrolled in a two year college.

Orlando plays an important role in my life by looking after me. My husband died 3 months after Orlando was released on bail; shortly after my house caught on fire leaving me homeless. Because I do not know the first thing about home renovations Orlando is overseeing the repair of my home and making sure I do not get ripped off.

I am asking that you spare my son-in-law and give him the opportunity to continue being the responsible wonderful husband he is to my daughter and great father to his children. As a mother and grandmother I do not want my daughter and grandkids to suffer. I am concerned because taking Orlando away from us will have a long lasting negative impact on my grandchildren. Please take this into consideration when handing out his sentence.

Thank you for taking the time to read this letter and understanding my concerns. I love Orlando Alicea like a son and I will never let him fall again.


Sincerely Yours,

*Maria Tavares*
Maria Tavares



## Volunteers of America®
Massachusetts

**Newcomb Stillwell**
Chairman

**Thomas L. Bierbaum**
Chief Executive Officer

June 20, 2007

Dear Judge Woodlock,

I write to ask for the maximum amount of leniency possible for Orlando Alicea. I have worked with Orlando for over two years in my capacity of psychotherapist for Volunteers of America Outpatient Mental Health Clinic "The Family Center".

Mr. Alicea has worked extremely hard and consistently to change his life. He is rare because he has managed to do so. Mr. Alicea was incarcerated for a five year period for drug charges. Years after his release he got himself into what he perceived as a desperate situation and again was caught in a drug-related crime. It was then that he sought help.

He came to the Family Center, got the correct medications and attended therapy weekly. He got a license as a construction supervisor (March 3, 2007) after successful completion of a seven-week course at Bristol/Plymouth High School and ensuing 3-hr. exam. He achieved his oil burning license after schooling at Old Colony Trade School in June 2006, did a plumbing apprenticeship and got 225 hours and his certificate of completion last year also.

He is currently enrolled at Roxbury Community College and has less than a year left to accomplish his Associate's Degree in Business Administration. His goal is to run his own plumbing business.

He is an active member at First Congregational Church of Hanover and was asked by Reverend Don Remrick to enter the Deacon Program.

He has volunteered at Habitat for Humanity for the past two years, working a full Saturday each month.

Mr. Alicea was abandoned by both his mother and father at age 16. In my opinion, if he had been on his medications from childhood to present he never would have had the poor, impulsive judgment and behavior that caused him to commit the crimes he has committed.

Mr. Alicea has a strong marriage and has four children ages 13, 9, 3 and 2.

I respectfully ask you to call me with any questions or concerns. I will not hesitate to speak in his behalf.

Sincerely,

*Margaret B Goldberg*

Margaret B. Goldberg, MED, Mental Health Clinician

---

**EXECUTIVE OFFICE**
441 Centre Street • Jamaica Plain, MA 02130
TEL: 617.522.8086 • Fax: 617.522.4533

**THE FAMILY CENTER FOR COUNSELING & EDUCATION**
1 Taunton Green • Taunton, MA 02780
Tel: 800.249.4775/508.822.4027 • Fax: 508.822.8257

www.voamass.org

July 2, 2007

The Honorable Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Your Honor:

I have the privilege to know Orlando Alicea as a faithful member of our Church who regularly attends Sunday Worship and has done so ever since the first Sunday he walked through our doors two and a half years ago. Orlando joined the Church in November of this past year.

I am the Co-chair of the Board of Deacons for the First Congregational Church UCC of Hanover and am serving my second six year term as a Deacon. I have also served six years as a Trustee and was the chair of the Board for part of my tenure.
I have served sixteen years as the Chartered Organizational Representative for Troop 1 BSA, which our church has continuously chartered since 1912. I have served in the capacity of Scout Master for Troop 1 (seven years) and have been involved with our Troop and Cub Pack 37 for over twenty seven years.

I feel that Orlando has shown himself to be a caring individual volunteering to work with myself and a number of our parishioners on Habitat Houses. It was on these numerous occasions I got to know Orlando as a skilled carpenter and learned he recently passed the test for his Massachusetts Supervisors License which will allow him to build houses or supervise construction projects. A skill he plans to put to use in the near future. I also learned he is attending school for an Associates degree in Business.

I have asked Orlando to go on the Board of Deacons; I did so because of his faithful attendance in church and involvement with Habitat for Humanity and my sense of his love and compassion for others.

I have only known Orlando a short time however in that time I have seen him as a caring person, a loving father and a person working hard to do what is right for his family and himself.
I ask Your Honor, to consider Orlando's efforts and hard work to turn around his life, giving him the opportunity to be an asset to his family and to our community.

Sincerely,

Alfred B. Alexander,
Board of Deacons First Congregational Church, Hanover



# First Congregational Church
United Church of Christ

Rev. Don Remick, *Pastor*
Rev. Milton Brasher-Cunningham, *Assoc. Pastor*

515 Hanover Street
Hanover, MA 02339-2216
(781) 826-4762

May 30, 2007

Dear Honorable Judge Woodlock,

    I am writing to you on behalf of Olando Alicea. Nearly two years ago Orlando visited our church here in Hanover, the First Congregational Church of Hanover, UCC. Our church has been an integral part of the Hanover community since both were founded in 1728. In fact, the town could not incorporate without the building of our church. And the church depended on the town for its support and sustenance. I have been with this church for over 12 years and in the ministry for over a quarter century. I am an ordained pastor in the United Church of Christ. I have served churches here in Massachusetts since 1978. I have also worked within the structure of our Massachusetts Conference of the United Church of Christ, where I have staffed various committees, chairing the Board of Directors twice. I am also involved in the oversight of students preparing to become ministers, where I guide them through psychological assessments along with the professional, academic and spiritual preparations necessary to serve in a church. This committee also adjudicate pastors accused of misconduct. In addition, to my ministry with the church I am also a chaplain with the Hanover Fire Department, working as well with the Police Department. In that capacity I serve on the State Board of Directors of the Massachusetts Corp of Fire Chaplains which serves under the State Fire Marshall's office. Additionally, I serve on state and county Critical Incident Stress Teams.

    When Orlando arrived at our church he struck me immediately as a personable pleasant young man. As he continued to visit our church and get a feel for the community we got to know each other. To his credit, from the beginning Orlando was honest and open about his pending legal matters. He soon became a familiar presence at our Sunday morning service and made great connections with folks of all ages in our church. He has become a valued part of our congregation.

    Orlando has stepped up to help out in a number of areas in our church. I often see him assisting at church dinners and church programs. He steps right in and helps serve food and hangs around for clean up. He is always willing to pitch in wherever he senses a need, without being asked. I have seen him outside helping clean up the church grounds in fall and spring. I have seen him taking Saturdays to help with our church crews working at Habitat for Humanity building new homes to give low income families a fresh start. I have talked with him as he has gone out to get his Contractors License which was a proud moment for all of us who celebrated this milestone with him. He has become one of those members of the church who continue to get involved in ways that I don't even see. He just quietly and generously goes about his work. If you know churches you will know what a rare treat it is to have someone like Orlando.

    Orlando has earned the respect of leaders in our church. There have even been two committees in our church looking to him for participation and leadership. Both the

Music/Choir committee and the Deacons want him as a member. I have asked him to become a member of our Board of Deacons, which oversees worship and the spiritual health and life of our church and its members. The quality and caliber of his character makes him a most suitable man for this high office in our church.

For example, I was talking to one of the women of our church, Ruth Riddle. She has gotten to know Orlando since he arrived here. She is a widow in her retirement years who faithfully comes to church every week. She has a long history with the church and community. She is also aware of Orlando's situation and shared her concerns for him. She shared that Orlando has always been a courteous, thoughtful, considerate gentleman. More than that, they have become good friends. His past behavior does not diminish the esteem she has for him. And she, likewise, shared her heartfelt concerns for the impact that incarceration would have on Orlando and his young children. She asked me to include those concerns in this letter to you.

I, too, am concerned about his pending sentencing. I admire Orlando for his honesty in admitting his mistake knowing the potential consequences. My concern is the impact of those consequences for both Orlando and his family. Orlando has tried to get his life on course and has done well. His Contractors License and the job he is holding have brought stability for himself and his wife and children. I do not believe that incarceration for Orlando would truly serve the best interest of society and I am gravely concerned about its impact on Orlando ability to provide that stability for his family. Orlando knows that the choices he made in the past were foolish and seriously wrong and he has changed the direction of his life. He is a productive part of our society, a steady member of our community of faith and, most importantly, he is essential to the mental, emotional and financial health of his young children. I have seen his devotion to his kids and their deep love of him. I fear for what might happen to them should they lose that connection to their dad. I believe it would be devastating. From my pastoral conversations with lawyers and judges over the years, I understand you have much to take into consideration. I hope you will add my perspectives of Orlando, his church and his family. I would ask that if there is no possible way to avoid jail time, that his sentence be of the shortest possible duration with probation at the earliest opportunity.

Please know that I hold Orlando in very high regard and that he has the support, affirmation and encouragement of our church community behind him. Please let me know if you have any questions, or if there is any further way in which I can be helpful.

Faithfully Yours,

*Rev. Donald Remick*
Rev. Donald Remick

James McDonald Barnes
106 Connolly Rd
Avon, Ma 02322


Honorable Douglas P. Woodlock
John Joseph Moakley
United States Court House
1 Courthouse Way-suite 2300
Boston, Ma 02210


July 1, 2007


Dear Hon. Judge Woodlock,


My name is Donald Barnes owner of J.M.B. Home Improvements in Avon, Mass. I am a law abiding resident of Massachusetts for 29 years as well as a devoted Husband and Christian man.

I'm writing this letter on behalf and in support of Orlando Alicea who I consider a good friend. I met Orlando in the summer of 2000 while working on a home in the town of Dorchester in Boston. Since then I have remained good friends with him and his family.

Our working relationship is great. Orlando has proven to me to be hard working, responsible, reliable and honest. No matter what job you ask him to perform he gets it done to the best of his ability with no problems. When called upon if he is not busy working elsewhere he always shows up on time. I never had a problem with this man on a job site. Off the job site my friend Orlando is polite, respectful, and kind-hearted. He has visited my home on numerous occasions and showed ultimate respect to my wife, children and I. Orlando doesn't have a selfish bone in his body. Several times he has been kind enough to give me job referrals that has resulted in contracts.

Before his arrest he was going through some serious hard times. It was clear he was stressed out with life and under extreme pressure due to family tragedies. There is no excuse for committing a crime but I know for a fact if he was not going through all the chaos he was experiencing he would have never involved him-self in that crime.

I can see Orlando is remorseful and regretful for what he has done by the 100% effort he has made to change his life around. He is a devoted husband, father, and God fearing man with a strong Christian foundation. The love and affection he shows his children and wife is the most beautifullest thing in the world. He loves his kids and those little girls love him dearly. You can see it by the way they are constantly jumping all over him and competing for his attention.

Orlando has also completed two trade schools and has earned licenses in heating and contracting. Soon he will graduate from college with a business degree. This is remarkable coming from a guy who was struggling at the bottom of a pit a couple of years ago. Today I am very proud of his progress and accomplishment that I have asked him for a Xerox copy of his licenses and college I.D. I attached a copy for you to see.

Please give Orlando Alicea leniency when sentencing him on the drug charges he pled guilty to. Orlando was not in the right state of mind at the time and his actions on that day do not describe who he is the rest of the 364 days of the year. Please have leniency when sentencing him for his four childrens sake that will suffer the most from this ordeal.

Thank You Kindly,

James McDonald Barnes

107 Pratts Ct.
Stoughton MA 02072

June 13, 2007

Honorable Douglas P. Woodlock
John Joseph Moakley
United States Court House
1 Courthouse Way-suite 2300
Boston, Ma 02210

Honorable Judge Woodlock,

My name is Elizabeth Leitao. I was born and raised in Boston MA. I was a Taunton resident for 21 years until recently when I bought and moved into my own home in Stoughton MA. I am a graduate of Boston University. I was employed at Fidelity Investments for 9 years until recently when I took time off to raise my newborn child.

I am writing this letter on behalf of Orlando Alicea. I met Orlando in 2000. Orlando was dating my best friend Manuela who is now his wife and mother of his two children. Manuela and I have been best friends for the past 17 years. I am the God Mother of her 9yr old daughter, and she is the God Mother of my son. Through out the years I have also become close friends with Orlando and his family. I feel like I am part of the family.

I understand Orlando was arrested for possession with intent to distribute and Conspiracy for which he has pled guilty. But I want to give you a personal insight to what I witnessed going on in his life at the time that probably motivated him into involving him-self in a crime of this nature.

When I found out of Orlando's arrest I was caught off guard because, Orlando is a kind soul by nature. Very humble, sincere, kind-hearted and loving. For him to be guilty of a crime like this was a nightmare and surprise. I asked his wife who else was involved because this is not something Orlando would do. I believed deep in my heart this crime had to be the masterminding of someone else. Right before his arrest there were so many heartaches and stress going on with Orlando, his wife, and In-laws. He was drinking excessively, emotionally sensitive and very quiet. He hardly spoke to anyone. When his father in-law was dying of cancer his wife would tell me how she caught Orlando crying on several occasions. Orlando felt that he was running out of time with his father in-law and it was eating away at him.

His father in-law was slowly dying of cancer; it was an extremely tough time for the whole family. His medication was over one thousand dollars for one bottle and his insurance was not covering it at the time. Orlando was extremely depressed and

1

emotional because of all this. During this time Orlando was living with his in-laws and he felt that he was a burden and was struggling to get a place of their own. Orlando did not realize that he was a tremendous help and a wonderful son in-law. His mother in-law did not drive and his wife had to work early in the morning so the majority of the time they counted on Orlando to bring them to appointments, grocery shopping and doctors appointments. On top of needing Orlando to escort them they also needed him to help pay the bills. It was a blessing to them that he was living with them, only Orlando felt as though it was a burden. He has so much pride. He felt he had the weight of the entire household on his shoulders and he did not know how to deal with this huge responsibility. He was also dealing with his baby being diagnosed with high levels of lead poison when she was only one year old. The lead was in her system because of Orlando. He unknowingly exposed her to the lead from his work clothes. This tragedy was also a huge blow to this man who loves his children with so much passion. The guilt was eating away at him. His wife would call me crying telling me he was talking foolishly of ending his life if his baby's health worsened.

I hold Orlando close to my heart for the following reasons. One evening I returned home with my baby to find the house was freezing cold. My heating system was not working and I had no idea why. I called Orlando and within the hour he had repaired the problem and I had heat. I tried to pay him for his services but he refused stating I was the godmother of his child therefore I didn't owe him anything. He only accepted the $15.00 dollar for the replacement part.

Another time Orlando came through for me was when I was selling my house. I was having a hard time selling it due to an outdated bathroom, windows, and floors. My problem was stressing me out. I did not have much money at the time and the work that needed to be done was going to cost me two months pay and I could not afford it. Orlando heard about my problem and rescued me out of a tough situation. Your Honor my emotions get the best of me when I think of what he did for me. He replaced the windows, finished the hardwood floors, and updated the bathroom for me in two weeks. I bought the materials and he only charged me $ 600.00 for labor 23 days later I had a buyer.
Last, When my mother who is 67 years old suffered a heart attack and she was in the hospital for over a week, Orlando made it his responsibility of picking up her mail and mowing her lawn to lessen our worries. This act alone earned him the love and respect of my entire family.

Orlando is and has always been great father to his children. I see this every time I visit and this is often. His little girls love being around him. Especially, his two year old who follow him around like a baby duckling. It is the cutest thing ever. . The girls are constantly piggy back riding on his back, sitting on his lap, riding his shoulders and giggling in his presence. His stepdaughter thinks the world of him for the way he treats and cares for her. Orlando taught her how to hit a ball, play soccer and shoot hoops. Everything her real father should be doing with her. She shows her love for him by

2

drawing him no#1 dad posters and birthday cards. Her dad is hardly around so Orlando fills a huge void in her life and god will bless him for this. Orlando is great not only with his kids but all children as well. He turns into a big goof for the kids. My son breaks out in smiles and laughter when Orlando plays with him. I always tease him by telling him to open up a day care.

After Orlando's release on bail I have witnessed first hand a dramatic change in his, personality and life He understood where he went wrong in life and what he lacked to be a success. Realizing what his life needed he sought a life in Christianity and Counseling. These two combinations worked a miracle for him. He is no longer depressed, quiet, immature, anti- social and pessimistic. He now has maturity, confidence, self-esteem, is more social, optimistic, and full of business Ideas. He has a win win attitude I never saw in him before. I also noticed his moral values are stronger. He proved this by cementing his relationship with my best friend by marriage and baptizing their children. After his legal issues are resolved they are making plans to buy their own home.

My good friend Orlando Alicea has metamorphosed into a whole new man in the past two and a half years. I never believed a person could change so much till now. Orlando Alicea proved to his wife, kids, family and me what a life in Christianity, hard work, and determination can accomplish. . Today he is a caring Christian man who is humble, sincere, honest, loving, a husband, and father who is devoted to his family.

Since he has been home he has accomplished several goals towards living a successful life. He has gone to plumbing school, obtained his heating technician state license, State Contractors license and is going to a community college in which he graduates shortly. In addition, he is a devoted Christian and active member of his church He does volunteer work any opportunity he gets and shares his experience with all of us. I am amazed at all his accomplishments in the past two and a half years. I hope you recognize and take into consideration when sentencing him all of his accomplishments as proof to you, the community, family and friends that he has made every possible effort to improve his life and social standing in our society. Orlando is an exceptional husband, father and friend who has earned our forgiveness and proved he is worthy of living in the community without repeating this same mistake.

I strongly believe after watching his struggles and changes that he deserves the opportunity to live life with his new skills, character, education, wife and family He is remorseful for his role in this crime and has proved it by working hard doing meaningful good to correct the wrong. Please have mercy on him, his wife and children. Please have leniency on this good man when sentencing him July 10th

Sincerely,

Elizabeth Leitao

3


## Volunteers of America®
Massachusetts

**Newcomb Stillwell**
Chairman

**Thomas L. Bierbaum**
Chief Executive Officer

June 21, 2007

RE: Orlando Alicea
DOB: 6-9-70

Dear Judge Woodlock:

    I understand that Orlando Alicea has pled guilty to a drug trafficing charge and is awaiting sentencing. Mr. Alicea has been a patient of mine at VOA Family Counseling Clinic for more than a year. During this period of time I have been extremely impressed with the dramatic changes he has experienced since being placed on anti-depressant and ADHD medications.

    Mr. Alicea has attended his sessions at the clinic consistently and is truly motivated to achieve his treatment goals. Throughout the past year he has been attending school regularly and he has graduated from several programs, obtaining various certificates in the contractor and heating fields.

    In my opinion, Mr. Alicea's mental illness contributed to his earlier difficulties. Clearly Mr. Alicea is a different person on his medications. In addition, he has educated himself about his illness and understands the importance of continuing his medications and counseling/treatment.

    This man had made great progress in treatment, as well as personal growth, and it is my sincere hope that you will take this into serious consideration when sentencing him.

    If I may be of further assistance, please don't hesitate to contact me.

Sincerely,

*[signature]*
Kate B. Dupre, PhD., APRN, CS, BC

EXECUTIVE OFFICE
441 Centre Street • Jamaica Plain, MA 02130
TEL: 617.522.8086 • Fax: 617.522.4533

THE FAMILY CENTER FOR COUNSELING & EDUCATION
1 Taunton Green • Taunton, MA 02780
Tel: 800.249.4775/508.822.4027 • Fax: 508.822.8257

www.voamass.org

2 July 2007

Honorable Douglas P. Woodlock
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2300
Boston, Mass. 02210

RE: Orlando Alicea

Dear Honorable Judge Woodlock:

My name is Ruth Hall. I am a 68 year old widow, mother of two (Erik - 37 yearsold and Karen - 35 years old), grandmother of five (ages ranging from 2 1/12 to 17 years old). I retired five years ago from a 23 year careeer in banking. I recently sold my home in Pembroke and have moved to an over 55 community in Kingston. I have been a member of the First Congregational Church of Hanover for almost 25 years where I have served as Treasurer, chairperson of Outreach and Service, member of the Ushering Committee, co-ordinator for Habitat for Humanity, and presently Co-chair of the Board of Deacons.

I first met Orlando about two years ago. He was a new face in the congregation so I sat down beside him, introduced myself and had a short conversation with him. Each week he would sit in the same pew and we would converse. First I learned of his eldest daughter as she was coming for a visit (I have a granddaughter the same age) and what she was accomplishing in school. He was extremely proud of her accomplishments and looked forward to the time he would be spending with her. He introduced himself to several members who were sitting in the same area and each week they would look for him and ask about him.

As church co-ordinator for Habitat for Humanity I asked Orlando if he would like to join us on the Brockton build. He was a wonderful asset to the group for all his building knowledge and work ethic. He, on his own, stopped by the Brockton site on several occassions to see if he could be of assistance. Whenever we have had a signup for Habitat his name is on the list. In the past year we have worked at several sites on the South Shore. Our Church has recently installed new windows in our Education Building and Orlando was one of the nine men who volunteered to participate in this backbreaking and time-consuming job.

Most recently he told me of his wife's recent graduation from college and her advancement in her place of employment. He speaks with respect and love for his mother-in-law who is the caretaker for his children while he and his wife are at work. His daughters are the "apple of his eyes" and he speaks of them with much love and tenderness along with the usual frustrations of being a caring parent. His latest accomplishment was receiving his Associates Degree which he spoke about with pride and happiness knowing this advancement will be good for his career and his ability to provide for his family

Orlando has been a wonderful addition to our church family. He took it upon himself to investigate several options for fund raisers and came up with a great idea - candles that could be made by the teenagers, and sold to the public for funding of various church activities with the dream that sales would increase enough to further the work of the church in the community. This project is now being discussed with various groups at the church.

I feel incarceration would be harmful not only to Orlando, who has worked so hard to accomplish so much in a short period of time, but most harmful to his wife and children. His wife needs his companionship and love and support in raising their daughters and the girls need to see a strong, sensitive, kind, hardworking Christian presence in their lives. Society will lose a hardworking, productive man who can add so much to this world with his belief in caring, drive and ambition. Our church family will not lose a member for we will be there for him in our prayers and concerns for his family - we care too much.

Respectfully,

Ruth L. Hall

Ruth L. Hall
22 Sycamore Drive
Kingston, MA. 02364

Carmen Alicea
228 Park Street
Dorchester, Ma 02124


June 20, 2007


Dear Honorable Judge Woodlock,


My name is Carmen Alicea. I am a graduate of Dorchester High School. I work at the Dimock Community Health Center in Boston as an Admission Office Manager. I am a mother of two children ages 18 and 10. I am Orlando Alicea's second oldest sister out of four children.

On July 10th you will be sentencing my brother, Orlando Alicea, on drug charges he pled guilty to. Before you sentence him, I want to share information with you about his background and character. Information I hope will help you understand his life growing up, his life leading to his arrest and his new life today.

Growing up we had a bad childhood. Our parents lacked a decent education so we suffered at the hands of their ignorance. My father was a hardworking man who supported his family and disciplined his children hard. Because we were the only Hispanics in an all black neighborhood he kept us sheltered in the house for our safety. He thought if we played outside someone would kidnap, rape or kill us. So we were hardly ever allowed to play outside, sit on the steps, or have friends. He abused us physically with belts, extension cords and mentally with crude words. My Little brother Orlando got it the worst from my father. My father would strike him with extension cords for leaving the television on, or slap him across the face for accidentally breaking a glass. He did evil things like slap him in the back of his head when he walked by or flick his ears hard with his fingers. It was the meanest thing a father can do to his little boy. I always compared it to having a schoolyard bully as a father. Many times I would try to get in the middle of them and tell my father to stop, but he would threaten me to get out the way and I had to. As kids we didn't understand what was wrong with my father and why he was so evil. We literally had to walk on eggshells when he was around. We were all terrified of him and miserable in our home, including my mother. To escape the abuse we had to run away. My older brother ran way at 18 to start his life. The following year I had to do the same to save my sanity. I was 18 and never been to a movie theatre. I had to leave to start experiencing life. The year after my mother left the home leaving behind her two remaining children as if they were garbage, Orlando was 16 at the time. It was the most pathetic thing a mother could do. Months later my pathetic father played him dirty and abandoned him too. Both my parents left the country and hardly stayed in touch with any of us. Months later Orlando was homeless and sleeping in stairways, while still attending High school   I wanted to help him but at the time I was going through financial hardship and living with two roommates. All I could do was feed him whenever I saw

him. Years later he was arrested and sent to prison for five years. He left behind a baby girl and a 4-year-old stepson.

Orlando was having a tough time with life before his new arrest. There was days when he would call me emotional regarding his daughters lead poison and other days concerned about his father in laws cancer. I kept telling him not to worry she will be fine with the proper medication, but he wouldn't listen. It's as if he wanted me to say it's his fault when it was an accident she got poisoned. Staying at his in laws with his father in law dying in the house wasn't a healthy place for him to be at either. He always had mental/behavioral issues and living there was un-healthy for him. I suggested he get out that house and see a doctor but he couldn't afford to. Because of our past my mother has been seeing a psychiatrist and on medication for fourteen years and it has helped her cope with life. I think we could all benefit from the help. I have one failed marriage and my sister's marriage is on the rocks as well.

Orlando's post arrest rehabilitation has been unbelievable. Immediately, he became a member of a Christian church in Hanover and married the mother of his children. He sought medical help and as a result he was given medication and psychiatric attention. I noticed changes instantly. His personality, mood and character changed for the better. Now he is social, confident, and optimistic. He is a different man. For once he took control of his life and began setting and accomplishing goals. Joining the church has been a strong positive influence in his life. Through the church he does volunteer work for habitat for humanity and contributes to different charities with donations and time. He completed plumbing school, heating school, and passed the state contractors exam. Now he is enrolled at a community college working on a business degree he will earn soon. This is a miracle. God has saved my brothers life and transformed him into the man I always new he was.

Orlando from birth has been a good person. He is kind-hearted, peaceful, helpful and generous. He bends over backwards to please friends and family. He is the type of person that will drop what he is doing to do someone a favor. Orlando will give you the shirt off his back and loan you his last dollar if you ask him for it. He is a wonderful dad to his biological and non-biological kids. In 1992 he became a stepfather to a young boy named Ricky from a previous relationship. Till this day he maintains a good father son relationship with him. Ricky is now seventeen with plans of entering Georgia Tech University to study architect. He is also helping his wife raise his 9-year-old stepdaughter. Orlando does more for her than her biological father. For this I have tremendous respect for him. Also, words can't describe the beautiful relationship he has with his children. His incarceration will definitely harm his children psychologically. The two year old will suffer the most. She has developed an inseparable bond to him.

Orlando will achieve greater goals in life given the opportunity to remain in the community with his wife, kids and family .He has made tremendous effort to turn his life around with rewarding success. I personally will support him every step of the way.

Please have mercy, compassion and much leniency for my brother Orlando Alicea. Please take into consideration the good he has done to make up for the bad.

Sincerely,

Carmen Alicea

Manuela Rodrigues
51 Jackson Street
Taunton, Ma 02780


June 20, 2007



Dear Honorable Judge Woodlock,


      My name is Manuela Rodrigues I am an alumni of Boston College graduate school of Social Work. Currently I am working as a therapist in a non-profit organization. I have an extensive history working in the community with adults, children, and adolescent dealing with mental health issues and coping with the difficulties of every day stressors. I am writing this letter on behalf of Mr. Orlando Alicea. I have known Mr. Alicea for approximately six years. My cousin Manuela Alicea, his current wife, initially introduced me to Orlando. Since then we have been close friends and family.

      Orlando has had his share of trials and tribulations. He has dealt with many challenges throughout his life, some in which have resulted in bad choices. Mr. Alicea takes responsibility for his most recent mistake. He pled guilty to Possession with Intent to Distribute and Conspiracy. Although these are very serious criminal charges, it should not be the only factor to take into consideration when deciding Mr. Alicea's character. The people closest to him such as me would describe him as an honorable, hard-working, respectful family man. His charisma, character, and dedication speak volumes of who he is as a person. He is a generous person who will go over and beyond for others especially his family. In numerous occasions I have had to depend on him for support.

      In my professional and personal opinion in the past Mr. Alicea's mental health and personal issues may have interfered with his ability to make rational decisions. He has had an extensive trauma history which includes family abandonment, losses, and isolation. His most recent traumatic past includes the illness and death of his father-in-law who he loved as his own father. In addition Orlando and his family were experiencing financial difficulties, they lost their apartment and his one year-old daughter was diagnosed with Lead Poison. Orlando felt responsible for these issues, which in retrospect may have contributed to his sense of inadequacy, low self-esteem, shame, and devaluation as a provider for his family. I witnessed the drastic change in his mood. He was extremely withdrawn, isolated, depressed, and desperate because of all of theses stressors. Although there are no justifiable reasons for this particular crime one may argue that these factors may have influenced his senseless behavior.

      Now that he has identified his problems he is working hard towards making positive changes. Presently Orlando is receiving therapeutic services to address his

mental health issues. With this support he has managed to turn his life around for the better and has made constant strides into developing a healthier, moral, and professional lifestyle. Orlando is now enrolled at Roxbury Community College taking Business Management classes. In addition he has managed to complete two certification programs in Plumbing and in Supervisory/Contracting. Orlando is also a devoted husband, father and active member at his church.

    For every crime or mistakes there are consequences that follow. Orlando Alicea is a good-hearted person. His dedicated volunteer work for Habitat For Humanity and other charities prove this. Despite his mistakes, his positives far out-weigh the negatives. His presence amongst family and friends are important to him as well as they are to the ones that love him including I. I would ask that you please take into consideration how your decision will affect Orlando Alicea's wife, children, and family when sentencing him.

Respectfully Yours,

Manuela Rodrigues