7/10/07

Dear Honorable Judge Woodlock,

    My name is Andre Garner; I am Clinical Case Manager for YouthBuild GED School, located in Brockton, MA. I also work as a Financial Consultant. I received my Accounting degree from New York University in June of 1996. Presently, I am attending the University of Massachusetts at Boston, working towards a degree in Human Services.

    I am writing this letter on behalf of Mr. Orlando Alicea. I've known Mr. Alicea and his family for a few years. My initial encounter with him was in the Community in 1993. I witnessed him giving advice to a youth. His charisma, compassion, and humanity was very apparent, and the youth was inspired by his generosity. Over time we became friends and his general nature and humbleness always intrigued me.

    Mr. Alicea is committed and dedicated to all in his life. Not only does Mr. Alicea strive to reach his goals and aspirations, he is an extremely hard worker who does his best to provide for his family. His interaction with his children and wife goes without saying. Their bond is very strong and noticeable. His children relate in ways that make one believe and clearly identify the love connection.

    Over the past twelve years I've worked closely with youth and disadvantaged families, as a Clinician/ DYS Case Worker. My experience has led me to believe that everyone deserves an opportunity to "Right their Wrongs." I'm a firm believer in change. In 1993 I received the "Benjamin Carson Scholarship" from UMASS Boston, for my continued efforts in striving for equality of minorities.

    Assisting, Encouraging, and Supporting individuals in need is a vital part of my job, and personifies who I am as an individual. I facilitate young parenting groups, individual and group counseling, and I take an active role in community projects.

    Our environment is infested with far too many single parent households and/or dysfunctional families. The most crucial and significant part of ones life is as an adolescent. The advantage of having two parents in the household can be monumental for the development of a child. A strong family bond can help strengthen ones self-esteem and allow them to grow and prosper.

In my professional opinion, Mr. Alicea should be commended for his compassion, hard work, and spirit towards his family. Over the years I've witnessed many parents neglect; verbally and physically abuse their children. It is extremely draining and exhausting working with some parents.

On the other hand, my work brings me pleasure in knowing that I have an impact on many who look to me for advice. One thing I pride myself with is the ability to recognize the difference between parents who are making an honest effort raising their children and those who rely on the system.

Mr. Alicea is what most parents should be like, a caring, loving, and unquestionably loyal family man. His guidance, moral support, and presence are very instrumental. Mr. Alicea has had his share of trials and tribulations. Through it all, he has managed to persevere and keep a positive outlook on life. Regardless the circumstance, he goes above and beyond for any and everyone. His will and belief in a higher power has helped him overcome his many obstacles, and encourage friends and family to never give up hope. I am not an advocate of forced religion, but if one truly believes and admits to her/his mistake, that is an accomplishment in itself.

To separate Mr. Alicea from his family and loved ones is tragedy. His absence from the home will be felt in many ways. The impact his loss will have on his children will weigh huge in their development. His wife will have no choice but to assume the role of sole caretaker. In addition, the overall economical struggles and lack there of moral support will be a heavy burden. If given a opportunity, I have no doubt Orlando Alicea can and will be a productive member of our society.

In order to rid our society of crime, hatred, and violence we need parents to teach our young. If we continue to separate the parents who are willing to support and guide youth in the right direction, we will never see change. We will only contribute to the ongoing problems that corrupt and persist in our society.


Respectfully Yours,

*Andre Garner*
Andre Garner

Honorable Judge Woodlock,

My name is Natalia Leitao I am a thirty year resident of East Taunton, Mass. I have a Bachelor's degree in Social Work from Bridgewater state college. I have been employed at Fidelity Investments for the past 5 years working for three Sr. Vice Presidents. I have been married for 12 years and have two beautiful children

I have known Orlando Alicea for 7 years. He is the husband of my close friend Manuela, and a real good friend to my husband and I. I am an owner of two properties and Orlando has been there to help me with maintenance work and several emergency situations numerous times at an extremely reasonable price. He has been a reliable person in my life. Prior to his arrest we spent our holidays, birthdays, and holy days together. After his arrest we visit him often to lend our moral support.

Orlando was arrested committing a crime in January 2005. When I heard the news I was shocked and caught off guard because of the type of man he is. Orlando would not hurt a fly. In the years I have known him he never showed any signs of deviant behavior. He is quiet, extremely shy, polite, and a gentleman.

Orlando and his wife were experiencing financial hardship before, during, and after his arrest. They had to give up their two bedroom apartment, they were supporting two kids ages 1 and 7, his wife was 8 months pregnant, His father-in-law who he loved unconditionally was dying of cancer in their presence, their one year old child was diagnosed with a high of level of lead in her blood, and his 11 year old daughter was moving to Georgia. Orlando was an emotional wreck due to all this happening at one time. The poor guy had the whole weight of the family on his shoulders and he did not know how to deal with it. I noticed he was drinking excessively but there was not much I could do about it. I wished I could have helped them out financially but I have two mortgages and several bills of my own. His arrest broke my heart because deep down I understood why he involved himself in that crime. He did it out of desperation.

Today Orlando has taken complete control of his life. Ever since he accepted Jesus into his life I have witnessed him transform himself into a respectable, responsible, optimistic, confident, and an educated hard workingman. He is a devoted husband and nurturing father. In the short time he has been out he completed two trade courses and earned licenses. He is a licensed contractor with plans of starting his own business. Orlando is currently in college working on his business degree which is a huge accomplishment knowing where he was at 2 and a half years ago.

Your honor, please have mercy on Orlando Alicea when sentencing him. Orlando's character is of a dignified, trustworthy and respectable man. I ask that

you do not change the direction of Orlando's life based on this mistake. Please have leniency on him and take into consideration the negative impact that his wife and children will endure in their life without him. Thank you for taking the time to read this letter.

Sincerely,

Natalia leitao

**Melvin Wade Sr.**
**Wade's Plumbing & Heating Company**
9 Nottingham St.
Dorchester, MA 02121
**Main Number: (617) 282-2083**
Fax: (617) 282-2083
Office Hours 7:30am-5:00pm

July 3, 2007

RE: Orlando Alicea

Dear Honorable Judge Woodlock,

    My name is Melvin Wade, a licensed plumber (Journeyman), in Massachusetts for over 30 years. I have been running my own business "Wade's Plumbing and Heating" for 20 Years. I have been happily married to my wife for 18 years and a proud father of seven wonderful children.

    This letter is in support of my friend, Orlando Alicea, who I have known for 14 years. We meet in the winter of 1993, while I was responding to a no heat call inside an apartment; he was living in with his girlfriend, a three-year-old toddler, and a newborn baby girl. When I arrived they were all inside a bedroom huddled together for warmth. I immediately thawed out the frozen pipes and got the heat going inside for the young family. Orlando couldn't afford the bill that moment but he made me a promise to pay and he honored it. Since then we formed a friendship, and have worked together as well as remained friends.

    Most of what he knew regarding plumbing he learned from me. I introduced him to plumbing before he was incarcerated in 1995, and he caught on fast. In the summer of 2005 he was release on bail. I encouraged him to go to plumbing school at Old Colony Trade School, and he did. Orlando, successfully completing that course and, he also got his oil burner technician license. This is an important license to have in the plumbing field. Since then we have worked together on several jobs and he never seizes to amaze me how much he has learned. Orlando takes pride in his work, making sure every thing is done right and neat. At the rate he is going he will be a journeyman in no time at all.

    I admire Orlando's dedication to the trade as well as his love for his wife and children. He is a proud husband and father, who show off picture of his family he carries

in his pocket at any opportunity he gets. He is peaceful, hardworking, courteous and respectful to the people he works with. Since his release on bail he has shown nothing but improvement and hunger for success. Orlando is a humble Christian man with goals of starting his own Contracting/plumbing and heating business. His college education will be an important asset to the business. I believe and trust in Orlando so much that I will make him a partner in my company once his legal issues are over.

Orlando made a mistake in January 2005 due to his poor health, financial hardship, alcohol abuse, and stress. But he is remorseful and has proven it by the volunteer work he does for the community and the transformation of his life.

Thank you,

*Melvin Wade Sr.*

Melvin Wade Sr.
CEO