# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### Criminal No.:  05-10040-DPW
_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **ORLANDO ALICEA** | ) |
| | ) |

_____

## NOTICE OF APPEAL

Notice is hereby given that Mr. Orlando Alicea, the Defendant in the above named case hereby appeal to the United States Court of Appeals for the First Circuit surrounding all issues of law concerning certain opinions, rulings, directions and judgments, and sentencing of the Court in the above-entitled matter.

Respectfully Submitted,
ORLANDO ALICEA,
By his Attorney,


 _/s/Gordon W. Spencer
Gordon W. Spencer, Esq.
BBO #630488
1256 Park Street, Suite 104
Stoughton, MA 02072

Dated:  October 4, 2007.