# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10040

United States of America

v.

Orlando Alicea

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1, 2, 5-11, 13, 16-29, 31-47, 49-53, 55-95, 97-99, 101-105, 108, 109

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/4/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 7, 2007.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 11/7/07

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, CLOSED

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-10040-DPW All Defendants

| | |
|---|---|
| Case title: USA v. Millan et al | Date Filed: 02/24/2005 |
| Magistrate judge case number: 1:05-mj-01620-CBS | Date Terminated: 09/26/2007 |

Assigned to: Judge Douglas P. Woodlock

**Defendant**

**Amaro Millan** (1)
*TERMINATED: 03/12/2007*

represented by **Francisco Javier Fernandez**
Frank Fernandez Esq.
4 Longfellow Place
Staniford St.
Suite 3501-06
Boston, MA 02114
617-393-0250
Fax: 617-973-1562
Email: frankfernandez@usa.net
*TERMINATED: 03/04/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Robert L. Peabody**
Nystrom, Beckman & Paris
10 St. James Avenue
16th floor
Boston, MA 02116
617-778-9103
Fax: 617-778-9110
Email: rpeabody@nbparis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

## Defendant

**Orlando Alicea** (2)
*TERMINATED: 09/26/2007*

represented by **Benjamin D. Entine**
Attorney at Law
Suite 300
77 Franklin Street
Boston, MA 02110
617-357-0770
Fax: 617-357-1612
Email: bejdphd@earthlink.net
*TERMINATED: 11/14/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Gordon W. Spencer**
Suite 104
1256 Park Street
Stoughton, MA 02072
781-297-9293
Fax: 781-297-9295
Email: attyspencer@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Robert L. Sheketoff**
One McKinley Square
Boston, MA 02109
617-367-3449
Fax: 617-723-1710
Email: sheketoffr@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

21:846 CONSPIRACY TO
DISTRIBUTE COCAINE
(1)

21:841(a)(1) Possessionof Cocaine with
Intent to Distribute; 18:2 Aiding and
Abetting
(2)

## Disposition

Defendant sentenced to 240 months
incarceration followed by 10 years
supervised release with standard and
special conditions. $200 special
assessment. No Fine.

Defendant sentenced to 240 months
incarceration followed by 10 years
supervised release with standard and
special conditions. $200 special
assessment. No Fine.

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| 21:846 knowingly and intentionally combine, conspire, confederate, and agree with each other to possess cocaine, a Schedule II controlled substance, with intent to distribute (21:846=CD.F); 18:1956(a)(3) and further, defendant Amaro Millan did knowingly and intentionally conduct and attempt to conduct financial transactions, to wit: wire transfers, involving cash represented to be the proceeds of specified unlawful activity, to wit: drug trafficking, with the intent to promote the carrying on of the specified unlawful activity and with the intent to conceal and disguise the nature, location, source, ownership, and contol of the cash believed to be the proceeds of the specified unlawful activity (18:1956-6801.F) | Defendant sentenced to 240 months incarceration followed by 10 years supervised release with standard and special conditions. $200 special assessment. No Fine. |

**Plaintiff**

USA     represented by **Andrew E. Lelling**
United States Attorney's Office
1 Courthouse Way
Boston, MA 02210
617-748-3177
Email: andrew.lelling@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Rue**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200

| | | |
|---|---|---|
| | | Swartwood :Detention Hearing as to Amaro Millan, Orlando Alicea held on 1/18/2005. Preliminary Examination as to Amaro Millan, Orlando Alicea held on 1/18/2005. Case called, Counsel (Rue, Entine, Fernandez), PTS Brown, Piccozi, Interpreter Hadad & both Defendants appear, Government calls Derek Dunn, Cross by Atty Fernandez, Cross by Atty Entine, Re-Direct. Government calls Margarita C. Britto, Cross by Atty Entine, The Court Finds Probable Cause as to both Defendants, Dft Millan continued to 1/21/2005 @ 2:00 pm, Dft Millan remanded to the custody of the US Marshal, Dft Alicea calls Edwin Alicea, Cross, Closing Arguments continued to 1/21/2005 @ 10:00 am, Dft Alicea remanded to the custody of the US Marshal. (3:27 P.) (Roland, Lisa) [1:05-mj-01620-CBS] (Entered: 01/21/2005) |
| 01/18/2005 | 8 | EXHIBIT/WITNESS LIST re: Probable Cause/Detention Hearing as to Amaro Millan, Orlando Alicea (Roland, Lisa) [1:05-mj-01620-CBS] (Entered: 01/21/2005) |
| 01/21/2005 | 11 | Memorandum in Support of Pre-Trial Release as to Amaro Millan, c/s. (Roland, Lisa) [1:05-mj-01620-CBS] (Entered: 01/31/2005) |
| 01/21/2005 | 12 | SEALED MOTION as to Amaro Millan. (Roland, Lisa) [1:05-mj-01620-CBS] (Entered: 02/01/2005) |
| 01/21/2005 | | ElectronicClerk's Notes for proceedings held before Judge Charles B. Swartwood :Detention Hearing as to Orlando Alicea held on 1/21/2005. Case called, Counsel (Rue, Entine), PTS O'Brien & Dft appear, Closing arguments as to the issue of detention. Dft Alicea to be released on conditions, The Court Stays this order pending the Government's appeal, Dft remanded to the custody of the US Marshal. (10:13 A.) (Roland, Lisa) [1:05-mj-01620-CBS] (Entered: 01/21/2005) |
| 01/25/2005 | 9 | TRANSCRIPT ORDER FORM by USA as to Amaro Millan, Orlando Alicea for proceedings held on 1/18/05 & 1/21/05 before Judge Chief USMJ Charles B. Swartwood III. (Rue, Nancy) [1:05-mj-01620-CBS] (Entered: 01/25/2005) |
| 01/26/2005 | 10 | Judge Charles B. Swartwood : MEMORANDUM OF PROBABLE CAUSE AND ORDER ON THE GOVERNMENT'S MOTION FOR DETENTION as to Amaro Millan, Orlando Alicea, cc/cl. (Roland, Lisa) [1:05-mj-01620-CBS] (Entered: 01/26/2005) |
| 02/11/2005 | 13 | MOTION For Review by the District Court of the Magistrate Judge's Detention Order as to Amaro Millan. (Gawlik, Cathy) [1:05-mj-01620-CBS] (Entered: 02/11/2005) |
| 02/18/2005 | 14 | TRANSCRIPT of Probable Cause and Detention Proceedings as to Amaro Millan, Orlando Alicea held on January 18, 2005 before Judge Charles B. Swartwood, III. Court Reporter: Maryann V. Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Jones, Sherry) [1:05-mj-01620-CBS] (Entered: 02/18/2005) |
| 02/18/2005 | 15 | TRANSCRIPT of Probable Cause and Detention Proceedings as to |

| | | |
|---|---|---|
| | | Amaro Millan, Orlando Alicea held on January 21, 2005 before Judge Charles B. Swartwood. Court Reporter: Maryann V. Young. Tape Number: Electronic. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Jones, Sherry) [1:05-mj-01620-CBS] (Entered: 02/18/2005) |
| 02/24/2005 | 16 | INDICTMENT as to Amaro Millan (1) count(s) 1, 2, 3, 4, 5, Orlando Alicea (2) count(s) 1, 2. (Gawlik, Cathy) (Entered: 02/25/2005) |
| 02/25/2005 | 17 | Judge Douglas P. Woodlock : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Charles B. Swartwood Reason for referral: pretrial proceedings as to Amaro Millan, Orlando Alicea (Gawlik, Cathy) (Entered: 02/25/2005) |
| 02/28/2005 | | NOTICE OF HEARING as to Amaro Millan; Arraignment set for 3/4/2005 02:15 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 02/28/2005) |
| 02/28/2005 | | NOTICE OF HEARING as to Orlando Alicea; Arraignment set for 3/4/2005 11:30 AM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 02/28/2005) |
| 03/01/2005 | 18 | MOTION for revocation of release order *(Memorandum in Support)* as to Orlando Alicea by USA. (Rue, Nancy) Additional attachment(s) added on 3/11/2005 (Jones, Sherry).the memorandum in support with be deleted and added as a seperate docket entry. (Entered: 03/01/2005) |
| 03/01/2005 | 23 | MEMORANDUM in Support by USA as to Orlando Alicea re 18 MOTION for revocation of release order. memo filed as an attachment to the motion on March 1, 2005.(Jones, Sherry) (Entered: 03/11/2005) |
| 03/02/2005 | 19 | NOTICE OF ATTORNEY APPEARANCE: Robert L. Peabody appearing for Amaro Millan (Peabody, Robert) (Entered: 03/02/2005) |
| 03/04/2005 | | NOTICE OF HEARING as to Amaro Millan; Arraignment set for 3/8/2005 02:15 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (Interpreter: Lilley) cc/cl(Roland, Lisa) (Entered: 03/04/2005) |
| 03/04/2005 | | Attorney update in case as to Amaro Millan. Attorney Francisco Javier Fernandez terminated. (Roland, Lisa) (Entered: 03/04/2005) |
| 03/04/2005 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to Orlando Alicea (2) Count 1,2 held on 3/4/2005, Case called. Counsel (Rue, Entine), PTS Picozzi & Dft appear, Dft informed of rights, charges & maximum penalties, Not Guilty Plea entered by Orlando Alicea on counts 1-2, Scheduling Order issued, Dft remanded to the custody of the US Marshal. (12:30 P.) (Roland, Lisa) (Entered: 03/04/2005) |
| 03/04/2005 | 20 | NOTICE OF HEARING as to Amaro Millan, Orlando Alicea; Status Conference set for 4/15/2005 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. cc/cl. (Roland, Lisa) (Entered: |

|  |  | 03/04/2005) |
|---|---|---|
| 03/04/2005 | 21 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Amaro Millan, Orlando Alicea: Time excluded from March 4, 2005 until March 18, 2005. cc/cl. (Roland, Lisa) (Entered: 03/04/2005) |
| 03/04/2005 | 22 | Judge Charles B. Swartwood : SCHEDULING ORDER as to Amaro Millan, Orlando Alicea. cc/cl. (Roland, Lisa) (Entered: 03/04/2005) |
| 03/08/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to Amaro Millan (1) Count 1,2,3,4,5 held on 3/8/2005. Case called, Counsel (Casey, Peabody), PTS Cuascut, Interpreter Lilley & Dft appear, Dft informed of rights, chages & maximum penalties, Not Guilty Plea entered by Amaro Millan on counts 1-5, Scheduling Order previously issued. Dft remanded to the custody of the US Marshal. (2:45 P.) (Roland, Lisa) (Entered: 03/08/2005) |
| 03/14/2005 | 24 | MOTION for Extension of Time to two weeks after revision filed to File Response/Reply as to 13 MOTION review by the District Court of the Magistrate Judge's Detention Order as to Amaro Millanby USA. (Rue, Nancy) (Entered: 03/14/2005) |
| 03/17/2005 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 24 Motion for Extension of Time to File Response to motion for review of detention order as to Amaro Millan (1); By 3/31/05 Defendant shall file any supplement to the motion for review of detention order; government's response due 4/14/05. (Rynne, Michelle) (Entered: 03/17/2005) |
| 03/31/2005 | 25 | Assented to MOTION for Extension of Time to 4/4/05 to File *supplemental memo for review of detention order* as to Amaro Millan. (Peabody, Robert) (Entered: 03/31/2005) |
| 04/04/2005 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 25 Motion for Extension of Time to 4/4/05 to File supplemental memo for review of detention orderas to Amaro Millan (1). Opposition due 4/18/05. (Rynne, Michelle) (Entered: 04/04/2005) |
| 04/04/2005 | 26 | MEMORANDUM in Support by Amaro Millan re 13 MOTION review by the District Court of the Magistrate Judge's Detention Order (Attachments: # 1 # 2 # 3 # 4)(Peabody, Robert) (Entered: 04/04/2005) |
| 04/15/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Amaro Millan, Orlando Alicea held on 4/15/2005. Case called, Counsel (Rue, Entine, Peabody) appear by telephone, Counsel request additional time, Case continued, Time to be excluded. (1:13 P.) (Roland, Lisa) (Entered: 04/15/2005) |
| 04/15/2005 | 27 | Judge Charles B. Swartwood : STATUS REPORT as to Amaro Millan, Orlando Alicea; Status Conference set for 5/20/2005 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 04/16/2005) |
| 04/15/2005 | 28 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Amaro Millan, Orlando Alicea; Time excluded from March 10, 2005 |

| | | |
|---|---|---|
| | | until May 20, 2005. cc/cl. (Roland, Lisa) (Entered: 04/16/2005) |
| 04/17/2005 | 29 | Opposition by USA as to Amaro Millan re 13 MOTION review by the District Court of the Magistrate Judge's Detention Order *(see also Docket 26)* (Rue, Nancy) (Entered: 04/17/2005) |
| 05/10/2005 | 30 | TRANSCRIPT of Detention Hearing Proceedings as to Orlando Alicea held on January 21, 2005 before Judge Charles B. Swartwood, III. Court Reporter: Electronic. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter or the Clerk's Office. (Jones, Sherry) (Entered: 05/10/2005) |
| 05/16/2005 | | NOTICE OF HEARING ON MOTION as to Amaro Millan Motion Hearing re: 13 MOTION For Review by the District Court of the Magistrate Judge's Detention Order set for 5/25/2005 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 05/16/2005) |
| 05/23/2005 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Amaro Millan, Orlando Alicea held on 5/23/2005. Case called, Counsel (Rue, Peabody, Entine) appear by telephone, Counsel request additional time, Case continued, Time to be excluded. (3:55 P.) (Roland, Lisa) (Entered: 05/23/2005) |
| 05/23/2005 | 32 | Judge Charles B. Swartwood : STATUS REPORT as to Amaro Millan, Orlando Alicea; Status Conference set for 6/27/2005 03:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 05/24/2005) |
| 05/24/2005 | 31 | Supplemental MEMORANDUM in Support by Amaro Millan re 13 MOTION review by the District Court of the Magistrate Judge's Detention Order (Peabody, Robert) (Entered: 05/24/2005) |
| 05/24/2005 | 33 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Amaro Millan, Orlando Alicea: Time excluded from May 20, 2005 until June 27, 2005. cc/cl. (Roland, Lisa) (Entered: 05/24/2005) |
| 05/25/2005 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock :Motion Hearing as to Amaro Millan held on 5/25/2005 re 13 MOTION review by the District Court of the Magistrate Judge's Detention Order filed by Amaro Millan. Defendant shall file further briefing by 6/1/05. Government shall file affidavit/brief outlining recommended conditions of release. Motion will be set for further hearing in conjunction with co-defendant Mr. Alicea. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 05/25/2005) |
| 06/01/2005 | 34 | Joint MOTION for Extension of Time to 6/6/05 to file submissions as to Amaro Millan by Amaro Millan, USA. (Peabody, Robert) (Entered: 06/01/2005) |
| 06/02/2005 | 35 | Opposition by Orlando Alicea re 18 MOTION for revocation of release order (Memorandum in Support) (Attachments: # 1)(Entine, Benjamin) (Entered: 06/02/2005) |

| | | |
|---|---|---|
| 06/03/2005 | ○ | NOTICE OF HEARING ON MOTION as to Amaro Millan, Orlando Alicea: Motion Hearing re: 13 motion for review of detention order and 18 motion for revocation of release order, set for 6/10/2005 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 06/03/2005) |
| 06/03/2005 | ○ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 34 Motion for Extension of Time to 6/6/05 to make submissions as to Amaro Millan (1) (Rynne, Michelle) (Entered: 06/03/2005) |
| 06/06/2005 | ○36 | Supplemental MEMORANDUM in Support by Amaro Millan re 13 MOTION review by the District Court of the Magistrate Judge's Detention Order *as directed by Court* (Peabody, Robert) (Entered: 06/06/2005) |
| 06/06/2005 | ○37 | MOTION to Continue to 6/17/05 to detention appeal hearing as to Amaro Millan. (Peabody, Robert) (Entered: 06/06/2005) |
| 06/06/2005 | ○38 | AFFIDAVIT by USA as to Amaro Millan (Rue, Nancy) (Entered: 06/06/2005) |
| 06/06/2005 | ○39 | Memorandum regarding Release Conditions as to Amaro Millan (Rue, Nancy) (Entered: 06/06/2005) |
| 06/07/2005 | ○ | Judge Douglas P. Woodlock : Electronic ORDER entered granting 37 Motion to Continue as to Amaro Millan, Orlando Alicea. Hearing reset to 6/17/05 at 9:00 am. (Rynne, Michelle) (Entered: 06/07/2005) |
| 06/07/2005 | ○ | NOTICE OF HEARING ON MOTION as to Amaro Millan, Orlando Alicea: Motion Hearing reset for 6/17/2005 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 06/07/2005) |
| 06/16/2005 | ○40 | NOTICE *of Submission of page 3 of Previously Filed Affidavit* by USA as to Amaro Millan re 38 Affidavit (Attachments: # 1)(Rue, Nancy) (Entered: 06/16/2005) |
| 06/17/2005 | ○ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock :Detention Review/Motion Hearing as to Amaro Millan, Orlando Alicea held on 6/17/2005, re 18 MOTION for revocation of release order (Memorandum in Support) filed by USA, 13 MOTION review by the District Court of the Magistrate Judge's Detention Order filed by Amaro Millan,. Motions terminated as to Amaro Millan, Orlando Alicea. Deft Millan shall be released on $100,000 bond secured by $13,000 cash; home confinement with electronic monitoring and conditions; Deft Alicea shall be released on $100,000 bond secured by $50,000 cash; home confinement with electronic monitoring and conditions; Each Defendant shall be released after defendant has posted bond and/or complied with all other condition of release (expected release 6/21/05). Government shall file under seal, by COB today, a "no contact" list. (Court Reporter Catherine Handel.) (Rynne, Michelle) (Entered: 06/17/2005) |

| | | |
|---|---|---|
| 06/21/2005 | 41 | NOTICE *of Filing No Contact List (under seal)* by USA as to Amaro Millan, Orlando Alicea (Rue, Nancy) (Entered: 06/21/2005) |
| 06/21/2005 | 42 | Appearance Bond Entered as to Amaro Millan in amount of $ 100,000 of which 13,000 has been paid, Receipt # 65115. (Nici, Richard) (Entered: 06/22/2005) |
| 06/21/2005 | 44 | Appearance Bond Entered as to Orlando Alicea in amount of $ 100000 of which 50,000 was paid, Receipt # 65088. (Nici, Richard) (Entered: 06/22/2005) |
| 06/21/2005 | 45 | Judge Douglas P. Woodlock : ORDER entered. ORDER Setting Conditions of Release (Nici, Richard) (Entered: 06/22/2005) |
| 06/22/2005 | 43 | Judge Douglas P. Woodlock : ORDER entered. ORDER Setting Conditions of Release (Nici, Richard) (Entered: 06/22/2005) |
| 06/22/2005 | 48 | NOTICE of filing list of persons with whom defendants are to have no contact by USA as to Amaro Millan (Nici, Richard) Modified on 6/29/2005 (Nici, Richard). FILED UNDER SEAL (Entered: 06/28/2005) |
| 06/24/2005 | 46 | MOTION to Modify Conditions of Release as to Orlando Alicea. (Entine, Benjamin) (Entered: 06/24/2005) |
| 06/27/2005 | 47 | MOTION to Modify Conditions of Release as to Amaro Millan. (Peabody, Robert) (Entered: 06/27/2005) |
| 06/27/2005 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Amaro Millan, Orlando Alicea held on 6/27/2005. Case called, Counsel (Rue, Peabody, Entine) appear by telephone. Counsel request additional time, Case continued, Time to be excluded. (3:05 P.) (Roland, Lisa) (Entered: 06/28/2005) |
| 06/27/2005 | | Judge Charles B. Swartwood : Electronic ORDER entered granting 47 Motion to Modify Conditions of Release as to Amaro Millan (1). "ALLOWED except that Mr. Millan will continue to report to PTS Officer as directed by that Officer." cc/cl (Roland, Lisa) (Entered: 06/28/2005) |
| 06/27/2005 | | Judge Charles B. Swartwood : Electronic ORDER entered granting 46 Motion to Modify Conditions of Release as to Orlando Alicea (2). "ALLOWED except that Mr. Alicea will continue to report to PTS Officer as directed by that Officer." cc/cl (Roland, Lisa) (Entered: 06/28/2005) |
| 06/27/2005 | 49 | Judge Charles B. Swartwood : STATUS REPORT as to Amaro Millan, Orlando Alicea; Status Conference set for 9/12/2005 03:30 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. cc/cl. (Roland, Lisa) (Entered: 06/28/2005) |
| 06/27/2005 | 50 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Amaro Millan, Orlando Alicea; Time excluded from June 27, 2005 until September 7, 2005. cc/cl. (Roland, Lisa) (Entered: 06/28/2005) |

| | | |
|---|---|---|
| 08/08/2005 | 51 | Second MOTION to Modify Conditions of Release as to Orlando Alicea. (Entine, Benjamin) (Entered: 08/08/2005) |
| 08/10/2005 | 52 | RESPONSE to Motion by USA as to Orlando Alicea re 51 Second MOTION to Modify Conditions of Release (Rue, Nancy) (Entered: 08/10/2005) |
| 08/10/2005 | 53 | NOTICE *of Filing Amended No-Contact List* by USA as to Amaro Millan (Rue, Nancy) (Entered: 08/10/2005) |
| 08/11/2005 | 55 | MOTION to Modify Conditions of Release as to Amaro Millan. (Peabody, Robert) (Entered: 08/11/2005) |
| 08/12/2005 | | Judge Charles B. Swartwood : Electronic ORDER entered granting 51 Motion to Modify Conditions of Release as to Orlando Alicea (2). "With no objection from the Government, Motion ALLOWEd. Mr. Alicea must notify PTS 48 hours before traveling." cc/cl (Roland, Lisa) (Entered: 08/12/2005) |
| 08/24/2005 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 55 Motion to Modify Conditions of Release as to Amaro Millan (1). (Rynne, Michelle) (Entered: 08/24/2005) |
| 09/09/2005 | 56 | NOTICE OF ATTORNEY APPEARANCE: Gordon W. Spencer appearing for Orlando Alicea (Nici, Richard) (Entered: 09/12/2005) |
| 09/12/2005 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood : Case called, counsel Rue, Peabody and Spencer appear by phone for status, counsel needs additional time, case continued to 11/8/05 at 2:00 p.m. oral motion by the government to exclude time, allowed, time to be excluded. Status Conference as to Amaro Millan, Orlando Alicea held on 9/12/2005 (Digital Recorder #2:20 p.m..) (Jones, Sherry) (Entered: 09/12/2005) |
| 09/12/2005 | | Set/Reset Hearings as to Amaro Millan, Orlando Alicea: Status Conference set for 11/8/2005 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (Jones, Sherry) (Entered: 09/12/2005) |
| 09/12/2005 | | ORAL MOTION for Excludable Delay from 9/12/05 to 11/8/05 as to Amaro Millan, Orlando Alicea. (Jones, Sherry) (Entered: 09/12/2005) |
| 09/14/2005 | 57 | Judge Charles B. Swartwood : ORDER entered. STATUS REPORT as to Amaro Millan, Orlando Alicea Status Conference set for 11/8/2005 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. (cc/cl) (Jones, Sherry) (Entered: 09/15/2005) |
| 09/14/2005 | 58 | Judge Charles B. Swartwood : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Amaro Millan, Orlando Alicea Time excluded from 9/7/05 until 11/8/05. (cc/cl) (Jones, Sherry) (Entered: 09/15/2005) |
| 09/16/2005 | 59 | MOTION to Withdraw as Attorney by Benjamin D. Entine. as to Orlando Alicea. (Entine, Benjamin) (Entered: 09/16/2005) |

| 09/19/2005 | | Judge Charles B. Swartwood : ElectronicORDER entered granting 59 Motion to Withdraw as Attorney as to Orlando Alicea (2). "ALLOWED." cc/cl (Roland, Lisa) (Entered: 09/19/2005) |
|---|---|---|
| 11/08/2005 | | ElectronicClerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Amaro Millan, Orlando Alicea held on 11/8/2005. Case called, Counsel (Rue, Peabody, Spencer) appear by telephone, Counsel request additional time, Oral Motion to exclude time, Case continued, Status Report and Order on Excludable Time to issue. (Digital Recording 2:09 P.) (Roland, Lisa) (Entered: 11/08/2005) |
| 11/08/2005 | | Oral MOTION for Excludable Delay as to Amaro Millan, Orlando Aliceaby USA. (Roland, Lisa) (Entered: 11/08/2005) |
| 11/09/2005 | 60 | Judge Charles B. Swartwood : STATUS REPORT as to Amaro Millan, Orlando Alicea; Status Conference set for 1/11/2006 02:15 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. cc/cl. (Roland, Lisa) (Entered: 11/14/2005) |
| 11/09/2005 | 61 | Judge Charles B. Swartwood : ORDER of Excludable Time as to Amaro Millan (1) & Orlando Alicea (2). Time Excluded from November 8, 2005 through January 11, 2006. cc/cl. (Roland, Lisa) (Entered: 11/14/2005) |
| 11/14/2005 | | Attorney update in case as to Orlando Alicea. Attorney Benjamin D. Entine terminated. (Roland, Lisa) (Entered: 11/14/2005) |
| 01/11/2006 | | ElectronicClerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Amaro Millan, Orlando Alicea held on 1/11/2006. Case called, Counsel (Rue, Peabody, Spencer) appear by telephone, Counsel request additional time, Oral Motion to Exclude Time, Case continued, Status Report and Order on Excludable Time to issue. (Digital Recording 2:36 p.) (Roland, Lisa) (Entered: 01/11/2006) |
| 01/11/2006 | | Oral MOTION for Excludable Delay as to Amaro Millan, Orlando Aliceaby USA. (Roland, Lisa) (Entered: 01/11/2006) |
| 01/13/2006 | 62 | Judge Charles B. Swartwood : STATUS REPORT as to Amaro Millan, Orlando Alicea; Status Conference set for 3/15/2006 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. cc/cl. (Roland, Lisa) Modified on 1/19/2006 (Jones, Sherry). (Entered: 01/18/2006) |
| 01/13/2006 | 63 | Judge Charles B. Swartwood : ORDER of Excludable Time as to Amaro Millan (1), Orlando Alicea (2). Time excluded from January 11, 2006 through March 15, 2006. cc/cl. (Roland, Lisa) (Entered: 01/18/2006) |
| 02/21/2006 | 64 | Case as to Amaro Millan, Orlando Alicea Reassigned to Judge Timothy S. Hillman. Judge Charles B. Swartwood no longer assigned to the case. (Shattuck, Deborah) (Entered: 02/22/2006) |
| 03/01/2006 | | Set/Reset Hearings as to Amaro Millan, Orlando Alicea: Status Conference set for 3/15/2006 02:00 PM before Magistrate Judge Timothy S. Hillman. (Entered to correct hearing assignment from MJ Swartwood to MJ Hillman)(Hurley, Virginia) (Entered: 03/01/2006) |

| | | |
|---|---|---|
| 03/14/2006 | 65 | Assented to MOTION to Continue *Status Conference* to up to 4/14/06 as to Amaro Millan, Orlando Aliceaby USA. (Rue, Nancy) (Entered: 03/14/2006) |
| 03/15/2006 | | Judge Timothy S. Hillman : Electronic ORDER entered granting 65 Motion to Continue as to Amaro Millan (1), Orlando Alicea (2). "ALLOWED." cc/cl. (Jones, Sherry) (Entered: 03/20/2006) |
| 03/15/2006 | 66 | Judge Timothy S. Hillman : ORDER entered. STATUS REPORT as to Amaro Millan, Orlando Alicea Status Conference set for 4/19/2006 02:30 PM in Courtroom 1 before Magistrate Judge Timothy S. Hillman. (cc/cl) (Jones, Sherry) (Entered: 03/20/2006) |
| 03/15/2006 | 67 | Judge Timothy S. Hillman : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Amaro Millan, Orlando Alicea Time excluded from 3/15/06 until 4/19/06. (cc/cl) (Jones, Sherry) (Entered: 03/20/2006) |
| 04/19/2006 | | ElectronicClerk's Notes for proceedings held before Judge Timothy S. Hillman :Status Conference as to Amaro Millan, Orlando Alicea held on 4/19/2006. Case called, Counsel (Rue, Peabody, Spencer) appear by telephone, Counsel request additional time, Oral Motion to Exclude Time. Case continued, Status Report and Order on Excludable Time to issue. (Digital Recording 2:29 p.) (Roland, Lisa) (Entered: 05/03/2006) |
| 04/19/2006 | | Oral MOTION for Excludable Delay as to Amaro Millan, Orlando Aliceaby USA. (Roland, Lisa) (Entered: 05/03/2006) |
| 04/24/2006 | 70 | Judge Timothy S. Hillman : STATUS REPORT as to Amaro Millan, Orlando Alicea; Status Conference set for 5/31/2006 02:30 PM in Courtroom 1 before Magistrate Judge Timothy S. Hillman, cc/cl. (Roland, Lisa) (Entered: 05/03/2006) |
| 04/24/2006 | 71 | Judge Timothy S. Hillman : ORDER of Excludable Time as to Amaro Millan (1), Orlando Alicea (2). Time excluded from April 19, 2006 through May 31, 2006. cc/cl. (Roland, Lisa) (Entered: 05/03/2006) |
| 05/01/2006 | 68 | Assented to MOTION to Modify Conditions of Release as to Amaro Millan. (Peabody, Robert) (Entered: 05/01/2006) |
| 05/02/2006 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 68 Motion to Modify Conditions of Release as to Amaro Millan (1). ALLOWED, no objection having been raised. (Rynne, Michelle) (Entered: 05/02/2006) |
| 05/02/2006 | 69 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Orlando Alicea (Rue, Nancy) (Entered: 05/02/2006) |
| 05/31/2006 | | ElectronicClerk's Notes for proceedings held before Judge Timothy S. Hillman :Status Conference as to Amaro Millan, Orlando Alicea held on 5/31/2006. Case called, Counsel (Rue, Peabody, Spencer) appear by telephone, Counsel request additional time, Oral Motion to Exclude Time. Case continued to 8/16/2006 @ 9:30 a, Status Report and Order on Excludable Time to issue. (Digital Recording 2:40 p.) (Roland, Lisa) |

|  |  | (Entered: 05/31/2006) |
|---|---|---|
| 05/31/2006 |  | Oral MOTION for Excludable Delay as to Amaro Millan, Orlando Aliceaby USA. (Roland, Lisa) (Entered: 05/31/2006) |
| 06/02/2006 | 72 | Judge Timothy S. Hillman : STATUS REPORT as to Amaro Millan, Orlando Alicea; Status Conference set for 8/16/2006 09:30 AM IN BOSTON, Courtroom 16 before Magistrate Judge Timothy S. Hillman, cc/cl. (Roland, Lisa) (Entered: 06/07/2006) |
| 06/02/2006 | 73 | Judge Timothy S. Hillman : ORDER of Excludable Time as to Amaro Millan (1), Orlando Alicea (2). Time Excluded from May 31, 2006 through August 16, 2006, cc/cl. (Roland, Lisa) (Entered: 06/07/2006) |
| 06/14/2006 | 74 | Assented to MOTION to Modify Conditions of Release as to Amaro Millan. (Peabody, Robert) (Entered: 06/14/2006) |
| 06/19/2006 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 74 Motion to Modify Conditions of Release as to Amaro Millan (1). (Rynne, Michelle) (Entered: 06/19/2006) |
| 08/16/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Timothy S. Hillman :Show Cause Hearing as to Amaro Millan, Orlando Alicea held on 8/16/2006. Case called, Counsel (Rue, Spencer, Peabody) appear, Counsel request additional time, Oral motion to exclude time, Case continued, Status Report and Order on Excludable Time to issue. (Digital Recording 9:50 p.) (Roland, Lisa) (Entered: 08/16/2006) |
| 08/16/2006 |  | Oral MOTION for Excludable Delay as to Amaro Millan, Orlando Aliceaby USA. (Roland, Lisa) (Entered: 08/16/2006) |
| 08/17/2006 | 75 | Judge Timothy S. Hillman : STATUS REPORT as to Amaro Millan, Orlando Alicea; Status Conference set for 10/24/2006 10:30 AM in Courtroom 1 before Magistrate Judge Timothy S. Hillman, cc/cl. (Roland, Lisa) (Entered: 08/24/2006) |
| 08/17/2006 | 76 | Judge Timothy S. Hillman : ORDER of Excludable Time as to Amaro Millan (1), Orlando Alicea (2). Time excluded from August 16, 2006 through October 24, 2006, cc/cl. (Roland, Lisa) (Entered: 08/24/2006) |
| 10/16/2006 |  | ELECTRONIC NOTICE OF RESCHEDULING as to Amaro Millan, Orlando Alicea; Status Conference set for 10/24/2006 @ 2:30 PM in Courtroom 1 before Magistrate Judge Timothy S. Hillman, cc/cl. (Roland, Lisa) (Entered: 10/16/2006) |
| 10/24/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Timothy S. Hillman :Status Conference as to Amaro Millan, Orlando Alicea held on 10/24/2006. Case called. Counsel (Rue, Spencer, Peabody) appear by telephone, Counsel request additional time, Oral Motion to Exclude Time, Case continued, Status Report and Order on Excludable Time to issue. (Digital Recording 2:24 p.) (Roland, Lisa) (Entered: 10/24/2006) |
| 10/24/2006 |  | Oral MOTION for Excludable Delay from October 24, 2006 to November 28, 2006 as to Amaro Millan, Orlando Aliceaby USA. |

| | | |
|---|---|---|
| | | (Roland, Lisa) (Entered: 10/24/2006) |
| 10/31/2006 | 77 | Judge Timothy S. Hillman : STATUS REPORT as to Amaro Millan, Orlando Alicea; Status Conference set for 11/28/2006 02:00 PM in Courtroom 1 before Magistrate Judge Timothy S. Hillman, cc/cl. (Roland, Lisa) (Entered: 10/31/2006) |
| 10/31/2006 | 78 | Judge Timothy S. Hillman : ORDER of Excludable Time as to Amaro Millan (1), Orlando Alicea (2); Time excluded from October 24, 2006 through November 28, 2006. cc/cl. (Roland, Lisa) (Entered: 10/31/2006) |
| 11/28/2006 | | ElectronicClerk's Notes for proceedings held before Judge Timothy S. Hillman :Status Conference as to Amaro Millan, Orlando Alicea held on 11/28/2006. Case called, Counsel (Rue Peabody, Spencer) appear by telephone, Counsel request additional time, Oral Motion to Exclude Time, Case continued, Status Report and Order on Excludable Time to issue. (Digital Recording 2:06 p.) (Roland, Lisa) (Entered: 11/28/2006) |
| 11/28/2006 | | Oral MOTION for Excludable Delay from 11/28/2006 to 1/25/2007 as to Amaro Millan, Orlando Aliceaby USA. (Roland, Lisa) (Entered: 11/28/2006) |
| 11/29/2006 | 79 | Judge Timothy S. Hillman : STATUS REPORT as to Amaro Millan, Orlando Alicea; Status Conference set for 1/25/2007 02:00 PM in Courtroom 1 before Magistrate Judge Timothy S. Hillman, cc/cl. (Roland, Lisa) (Entered: 12/01/2006) |
| 11/29/2006 | 80 | Judge Timothy S. Hillman : ORDER of Excludable Time as to Amaro Millan (1), Orlando Alicea (2). Time excluded from November 28, 2006 through January 25, 2007. cc/cl. (Roland, Lisa) (Entered: 12/01/2006) |
| 12/21/2006 | 81 | Second MOTION to Amend *Detention Order* as to Orlando Alicea. (Spencer, Gordon) (Entered: 12/21/2006) |
| 12/22/2006 | | Judge Timothy S. Hillman : Electronic ORDER entered granting 81 Motion to Amend as to Orlando Alicea (2), cc/cl. (Roland, Lisa) (Entered: 12/22/2006) |
| 01/04/2007 | 82 | NOTICE OF ATTORNEY APPEARANCE Andrew E. Lelling appearing for USA. (Lelling, Andrew) (Entered: 01/04/2007) |
| 01/09/2007 | 83 | NOTICE OF ATTORNEY APPEARANCE Andrew E. Lelling appearing for USA. (Lelling, Andrew) (Entered: 01/09/2007) |
| 01/09/2007 | 84 | Assented to MOTION to Continue *Final Status Date* as to Amaro Millan, Orlando Aliceaby USA. (Lelling, Andrew) (Entered: 01/09/2007) |
| 01/17/2007 | | Judge Timothy S. Hillman : Electronic ORDER entered granting 84 Motion to Continue as to Amaro Millan (1), Orlando Alicea (2); Status Conference set for 2/27/2007 02:15 PM in Courtroom 1 before Magistrate Judge Timothy S. Hillman, cc/cl. (Roland, Lisa) (Entered: 01/17/2007) |
| 01/17/2007 | | Attorney update in case as to Amaro Millan, Orlando Alicea. Attorney |

| | | |
|---|---|---|
| | | Nancy Rue terminated. (Roland, Lisa) (Entered: 01/17/2007) |
| 02/27/2007 | | ELECTRONIC NOTICE OF RESCHEDULING as to Amaro Millan, Orlando Alicea; Status Conference set for 3/6/2007 02:00 PM in Courtroom 1 before Magistrate Judge Timothy S. Hillman. cc/cl. (Roland, Lisa) (Entered: 02/27/2007) |
| 03/05/2007 | 85 | MOTION to Dismiss *with prejudice* as to Amaro Millan. (Attachments: # 1 Exhibit millan death certificate)(Peabody, Robert) (Entered: 03/05/2007) |
| 03/06/2007 | | ElectronicClerk's Notes for proceedings held before Judge Timothy S. Hillman :Status Conference as to Amaro Millan, Orlando Alicea held on 3/6/2007. Case called, Counsel (Lelling, Peabody, Spencer) appear by telephone, Attorney Peabody reports that Defendant Millan has passed away, Counsel for Defendant Alicea requests to go back to District Judge, Oral Motion for Excludable Time, Final Status Report and Order on Excludable Time to issue. (Digital Recording 2:12.) (Roland, Lisa) (Entered: 03/06/2007) |
| 03/06/2007 | | Oral MOTION for Excludable Delay from January 25, 2007 to March 6, 2007 as to Amaro Millan, Orlando Aliceaby USA. (Roland, Lisa) (Entered: 03/06/2007) |
| 03/08/2007 | 86 | Judge Timothy S. Hillman : FINAL STATUS REPORT as to Amaro Millan, Orlando Alicea, cc/cl. (Roland, Lisa) (Entered: 03/08/2007) |
| 03/08/2007 | 87 | Judge Timothy S. Hillman : ORDER on Excludable Time as to Amaro Millan (1), Orlando Alicea (2). Time excluded from January 25, 2007 through March 6, 2007, cc/cl. (Roland, Lisa) (Entered: 03/08/2007) |
| 03/08/2007 | | Case as to Amaro Millan, Orlando Alicea no longer referred to Magistrate Judge Timothy S. Hillman. (Roland, Lisa) (Entered: 03/08/2007) |
| 03/08/2007 | 88 | RESPONSE to Motion by Amaro Millan as to Amaro Millan, Orlando Alicea re 85 MOTION to Dismiss *with prejudice* (Attachments: # 1) (Lelling, Andrew) (Entered: 03/08/2007) |
| 03/12/2007 | 89 | ELECTRONIC NOTICE OF HEARING as to Orlando Alicea: Pretrial Conference set for 3/15/2007 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 03/12/2007) |
| 03/12/2007 | 90 | Judge Douglas P. Woodlock : ORDER entered. Amaro Millan terminated., as to Amaro Millan re 88 Response to Motion filed by Amaro Millan. (Nici, Richard) (Entered: 03/12/2007) |
| 03/13/2007 | | ELECTRONIC NOTICE OF RESCHEDULING as to Orlando Alicea. Pretrial Conference reset for 3/19/2007 10:30 AM in Courtroom 1 before Judge Douglas P. Woodlock. Status report due 3/16/07.(Rynne, Michelle) (Entered: 03/13/2007) |
| 03/15/2007 | 91 | STATUS REPORT *(Pretrial)* by USA as to Orlando Alicea (Lelling, Andrew) (Entered: 03/15/2007) |

| | | |
|---|---|---|
| 03/19/2007 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Pretrial Conference as to Orlando Alicea held on 3/19/2007. Schedule set: no later than 3/23/07, government shall identify which tapes will be used at trial. No later than 4/9/07, tapes shall be transcribed and provided to defendant. Jury Trial set for 4/17/2007 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. Pretrial Conference set for 4/12/2007 02:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. Pretrial filings, including pretrial memorandum and motions in limine etc. due by 4/3/07. Oppositions to motions in limine due 4/10/07.(Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 03/19/2007) |
| 03/19/2007 | 92 | Judge Douglas P. Woodlock : ORDER entered. PRETRIAL ORDER as to Orlando Alicea: Time excluded from 3/19/07 until 4/17/07. Jury Trial set for 4/17/2007 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. Pretrial Conference set for 4/12/2007 02:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. Pretrial filings due 4/3/07. (Rynne, Michelle) (Entered: 03/19/2007) |
| 04/03/2007 | 93 | Proposed Jury Instructions by USA as to Orlando Alicea (Heinrich, Theodore) (Entered: 04/03/2007) |
| 04/03/2007 | 94 | TRIAL BRIEF by USA as to Orlando Alicea (Heinrich, Theodore) (Entered: 04/03/2007) |
| 04/03/2007 | 95 | Proposed Jury Questions by USA as to Orlando Alicea (Heinrich, Theodore) (Entered: 04/03/2007) |
| 04/10/2007 | | ELECTRONIC NOTICE OF RESCHEDULING as to Orlando Alicea: Pretrial Conference reset for 4/11/2007 03:00 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 04/10/2007) |
| 04/16/2007 | 96 | MOTION to Seal Document by USA. (Nici, Richard) (Entered: 04/16/2007) |
| 04/16/2007 | 97 | NOTICE OF ATTORNEY APPEARANCE: Robert L. Sheketoff appearing for Orlando Alicea (Sheketoff, Robert) (Entered: 04/16/2007) |
| 04/16/2007 | 98 | MOTION to Release Bond Obligation as to Amaro Millan. (Peabody, Robert) (Entered: 04/16/2007) |
| 04/17/2007 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting [96] Motion to Seal Document as to Orlando Alicea (2). (Rynne, Michelle) (Entered: 04/17/2007) |
| 04/17/2007 | | ElectronicClerk's Notes for proceedings held before Judge Douglas P. Woodlock :Change of Plea Hearing as to Orlando Alicea held on 4/17/2007. Defendant sworn. Court conducts colloquy. Plea entered by Orlando Alicea (2) Guilty Count 1,2. Sentencing set for 7/10/07 at 2:30 p.m. Defendant released on previous conditions. Jury trial canceled. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 04/17/2007) |
| 04/17/2007 | 99 | Judge Douglas P. Woodlock : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Orlando Alicea. Sentencing set for 7/10/2007 |

|  |  |  |
|---|---|---|
|  |  | 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 04/17/2007) |
| 04/17/2007 | 100 | Sealed Document (Rynne, Michelle) (Entered: 04/17/2007) |
| 04/17/2007 |  | Judge Douglas P. Woodlock : ORDER entered granting 98 Motion to Release Bond Obligation as to Amaro Millan (1) (Nici, Richard) (Entered: 04/17/2007) |
| 06/05/2007 | 101 | MOTION to Continue *Sentencing* to July 24, 2007 as to Orlando Alicea. (Spencer, Gordon) (Entered: 06/05/2007) |
| 07/03/2007 |  | Judge Douglas P. Woodlock : Electronic ORDER entered denying 101 MOTION to Continue Sentencing to July 24, 2007 as to Orlando Alicea (2) "DENIED, the revised Presentence Report having been issued 6/29/07." (Lovett, Jarrett) (Entered: 07/03/2007) |
| 07/03/2007 |  | ELECTRONIC NOTICE OF RESCHEDULING as to Orlando Alicea: Sentencing reset for 7/13/2007 01:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Lovett, Jarrett) (Entered: 07/03/2007) |
| 07/03/2007 | 102 | Letter (non-motion) regarding support as to Orlando Alicea (Nici, Richard) (Entered: 07/05/2007) |
| 07/09/2007 | 103 | Letter (non-motion) regarding leniency as to Orlando Alicea (Nici, Richard) Additional attachment(s) added on 7/10/2007 (Nici, Richard). (Entered: 07/09/2007) |
| 07/09/2007 | 104 | Sealed document.(Nici, Richard) (Entered: 07/09/2007) |
| 07/11/2007 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting [104] Motion to Continue as to Orlando Alicea (2); granting [104] Motion to Seal Document as to Orlando Alicea (2) (Lovett, Jarrett) (Entered: 07/11/2007) |
| 07/11/2007 |  | ELECTRONIC NOTICE OF HEARING as to Orlando Alicea: Sentencing reset for 8/9/2007 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. No further continuance will be granted.(Lovett, Jarrett) (Entered: 07/11/2007) |
| 07/11/2007 |  | ELECTRONIC NOTICE OF RESCHEDULING as to Orlando Alicea: Sentencing reset for 8/10/2007 09:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. Setence hearing for 8/9/07 was scheduled in error, no further extensions shall be granted as to 8/10/07. (Lovett, Jarrett) (Entered: 07/11/2007) |
| 07/12/2007 | 105 | Letter (non-motion) regarding Support as to Orlando Alicea (Nici, Richard) (Entered: 07/12/2007) |
| 08/10/2007 | 106 | Letters (2) (non-motion) regarding consideration as to Orlando Alicea (Nici, Richard) Additional attachment(s) added on 8/10/2007 (Nici, Richard). (Entered: 08/10/2007) |
| 08/10/2007 |  | Electronic Clerk Notes for proceedings held before Judge Douglas P. Woodlock : SEALED HEARING HELD. (Court Reporter Marcia |

| | | |
|---|---|---|
| | | Patrisso) (Lovett, Jarrett) (Entered: 08/10/2007) |
| 08/10/2007 | | ELECTRONIC NOTICE OF RESCHEDULING as to Orlando Alicea: Sentencing reset for 9/26/2007 03:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Lovett, Jarrett) (Entered: 08/10/2007) |
| 09/26/2007 | | Electronic Clerk Notes for proceedings held before Judge Douglas P. Woodlock : Sentencing held on 9/26/2007 for Orlando Alicea (2): AUSA Heinrich for the gov't. Atty's Sheketoff and Spencer for the Deft. Gov't and Deft do not present any motions or objections to the PSR; Deft addressed the Court; Court sentences the Deft as to Counts 1 and 2; Defendant sentenced to 240 months incarceration followed by 10 years supervised release with standard and special conditions. $200 special assessment. No Fine. Atty Sheketoff objects to the sentence based on 8th Amendment Rights; Court informs the Deft of right to appeal. Deft remanded to custody. (Court Reporter Marie Cloonan.) (Lovett, Jarrett) (Entered: 09/28/2007) |
| 09/26/2007 | 108 | Judge Douglas P. Woodlock : ORDER entered. JUDGMENT as to Orlando Alicea (2): As to Count(s) 1 and 2, Defendant sentenced to 240 months incarceration followed by 10 years supervised release with standard and special conditions. $200 special assessment. No Fine. (Lovett, Jarrett) (Entered: 09/28/2007) |
| 09/27/2007 | | Judge Douglas P. Woodlock : ElectronicORDER entered. DISMISSAL OF COUNTS on Motion of Amaro Millan. Counts dismissed: all pending. (Hurley, Virginia) (Entered: 10/04/2007) |
| 10/04/2007 | 109 | NOTICE OF APPEAL by Orlando Alicea NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/24/2007. (Spencer, Gordon) (Entered: 10/04/2007) |