UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.: 05-10040-DPW

_____

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **v.** | ) |
| | ) |
| **ORLANDO ALICEA** | ) |
| | ) |

_____

**MOTION TO RETURN BOND BACK TO SURETY**

Now comes the Defendant, Mr. Orlando Alicea, and respectfully moves this Honorable Court for an Order, returning the bond posted in the amount of $50,000.00 cash back to the surety, Mr. Edwin Alicea, of 21 Rosehill Road, Hanover, Massachusetts, 02339. As grounds therefore, the Defendant states that an appearance bond was filed with the United States District Court for the District of Massachusetts, on or about June 21, 2005, where the sum of $50,000.00 was deposited in the Registry of the Court to ensure the Defendant's appearance before this court, and in accordance with any and all orders and directions relating to the Defendant's appearance in this case.

The Defendant states that on September 26, 2007, he was sentenced by this Court to 240 months imprisonment on the above-captioned matter, and has been remanded to the Federal Bureau of Prisons to serve his sentence. The Defendant states that while he was released on bond, he has been in total compliance with all terms and conditions thereto, and that the return of the bond back to the surety would be in the interests of justice at this time.

1

          Respectfully Submitted,
          ORLANDO ALICEA,
          By his Attorney,


          <u>/s/Gordon W. Spencer</u>
          Gordon W. Spencer, Esq.
          BBO #630488
          1256 Park Street, Suite 104
          Stoughton, MA 02072

Dated:  January 23, 2008